1  Ronald S. Kravitz, Esq. (SBN: 129704)
    rkravitz@linerlaw.com
2  LINER YANKELEVITZ
  SUNSHINE & REGENSTREIF LLP
3  199 Fremont Street, 20th Floor
  San Francisco, CA 94105-2255
4  Telephone: (415) 489-7700
  Facsimile: (415) 489-7701
5

Teri T. Pham, Esq. (SBN: 193383)
6      tpham@linerlaw.com
  LINER YANKELEVITZ
7  SUNSHINE & REGENSTREIF LLP
  1100 Glendon Avenue, 14th Floor
8  Los Angeles, California 90024-3503
  Telephone: (310) 500-3500
9  Facsimile: (310) 500-3501

10 Attorneys for Plaintiffs
  MAI CHRISTINA PHAM, JOHN PHAM,
11 MAI NGUYEN, and HUNG PERRY NGUYEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mai Christina Pham, John Pham, Mai Nguyen, and Hung Perry Nguyen, <br><br> Plaintiffs, <br><br> vs. <br><br> ComUnity Lending Inc., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C07-05436 HRL <br><br> **CERTIFICATE OF INTERESTED PERSONS OR ENTITIES** |

Case No. C07-05436 HRL
CERTIFICATE OF INTERESTED PERSONS OR ENTITIES

0036012/001/ 34547v01

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding: Darryl Fry.

7 Dated: October 25, 2007

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
Ronald S. Kravitz
199 Fremont Street, 20th Floor
San Francisco, CA 94105

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
Teri T. Pham
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024

By: _____/s/Ronald S. Kravitz_____
        Ronald S. Kravitz

Attorneys for Plaintiffs
MAI CHRISTINA PHAM, JOHN PHAM,
MAI NGUYEN, and HUNG PERRY NGUYEN

---

1        Case No. C07-05436 HRL
CERTIFICATE OF INTERESTED PERSONS OR ENTITIES

0036012/001/ 34547v01