1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  Mai Christina Pham, John Pham, Mai
    Nguyen, and Hung Perry Nguyen

12              Plaintiff(s),

13   v.

14  ComUnity Lending Inc., a California
    corporation; and DOES 1-10, inclusive

15              Defendant(s).
    _____ /

16

No. C 07-05436 HRL

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

17      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18          The undersigned party hereby declines to consent to the assignment of this case to a United

19  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20  a United States District Judge.

21                                          Ronald S. Kravitz

22  Dated: October 25, 2007                 /s/Ronald S. Kravitz
                                            Signature

23
                                            Counsel for Plaintiffs
24                                          (Plaintiff, Defendant, or indicate "pro se")

25

26

27

28

NDC-06