1

2                       UNITED STATES DISTRICT COURT

3                      NORTHERN DISTRICT OF CALIFORNIA

4                            SAN JOSE DIVISION

5

6    Mai Christina Pham, et. al.,                    No. C07-05436

7              Plaintiffs,

8      v.                                     **CLERK'S NOTICE OF IMPENDING
                                             REASSIGNMENT TO A UNITED
9    ComUnity Lending Inc., a California      STATES DISTRICT JUDGE**
     corporation,

10             Defendant.

11   _____/

12          The Clerk of this Court will now randomly reassign this case to a United States

13   District Judge because one or more of the parties has requested reassignment to a United States

14   District Judge or has not consented to jurisdiction by a Magistrate Judge.

15          PLEASE TAKE NOTICE that a Case Management Conference in the above-

16   entitled matter which was previously set for February 12, 2008 at 1:30 pm. before the

17   Honorable Judge Howard R. Lloyd  has been continued to **February 25, 2008  at 10:00 a.m..**,

18   before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the

19   U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case

20   Management Statement on February 19, 2008.

21          If the above-entitled matter settles counsel are required to notify the Court by

22   contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

23

24   Dated:  October 26, 2007                RICHARD W. WIEKING, Clerk
                                             United States District Court
25

26                                           _/s/Patty Cromwell_____
                                             By: Patty Cromwell
27                                           Courtroom Deputy Clerk for
                                             Magistrate Judge Howard R. Lloyd
28

1    THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

2

3    Ronald Scott Kravitz     RKravitz@LinerLaw.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California