1  Ronald S. Kravitz, Esq. (SBN: 129704)
       rkravitz@linerlaw.com
2  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
3  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
4  Telephone: (415) 489-7700
   Facsimile: (415) 489-7701
5
   Teri T. Pham, Esq. (SBN: 193383)
6      tpham@linerlaw.com
   LINER YANKELEVITZ
7  SUNSHINE & REGENSTREIF LLP
   1100 Glendon Avenue, 14th Floor
8  Los Angeles, California 90024-3503
   Telephone: (310) 500-3500
9  Facsimile: (310) 500-3501

10 Attorneys for Plaintiffs
   MAI CHRISTINA PHAM, JOHN PHAM,
11 MAI NGUYEN, and HUNG PERRY NGUYEN

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 Mai Christina Pham, John Pham, Mai Nguyen,  )  Case No. C07-05436 JW (HRL)
   and Hung Perry Nguyen,                     )
16                                            )  **PROOF OF SERVICE**
              Plaintiffs,                     )
17                                            )
        vs.                                   )
18                                            )
   ComUnity Lending Inc., a California corporation; )
19 and DOES 1 through 10, inclusive,          )
                                              )
20            Defendants.                     )
                                              )
21

22

23

24

25

26

27

28

                                              Case No. C07-05436 JW (HRL)
   _____
                        PROOF OF SERVICE
   0026012/001/ 74606v01

1    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Time Machine, 965 Mission Street, Suite 450, San Francisco, CA 94103. On October 30, 2007, I served the within document(s) described as:

**CERTIFICATE OF INTERESTED PERSONS OR ENTITIES**

**DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT JUDGE**

**ORDER REASSIGNING CASE**

on each interested party in this action as stated below:

Ms. Janene Towner c/o Sandy Knapp
ComUnity Lending, Inc.
610 Jarvis Drive, Suite 200
Morgan Hill, CA 95037

[X]   (BY PERSONAL SERVICE) I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the offices of the above addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 30, 2007, at San Francisco, California.

MATTHEW CRACLE
(Type or print name)
Time Machine

(Signature)

---

1

PROOF OF SERVICE

Case No. C07-05436 JW (HRL)