

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mai Christina Pham, John Pham, Mai Nguyen, and Hung Perry Nguyen

**SUMMONS IN A CIVIL CASE**

V.

ComUnity Lending Inc., a California corporation; and DOES 1 through 10, inclusive

CASE NUMBER:

C07 05436 HRL

TO: (Name and address of defendant)
ComUnity Lending Inc.
610 Jarvis Drive
Morgan Hill, CA 95037

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald S. Kravitz (SBN 129704)
Liner Yankelevitz Sunshine & Regenstreif LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105
Telephone: 415.489.7700
Facsimile: 415.489.7701
rkravitz@linerlaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

DATE  OCT 2 4 2007

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]   DATE October 26th, 2007

Name of SERVER David Achord   TITLE

*Check one box below to indicate appropriate method of service*

[✓] Served Personally upon the Defendant. Place where served: 610 Jarvis Drive #200 Morgan Hill, CA 95037

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | $230.00 | $230.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/29/07
Date

Signature of Server

945 Mission St #500
San Francisco, CA 94105
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.