1  Ronald S. Kravitz, Esq. (SBN: 129704)
      rkravitz@linerlaw.com
2  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
3  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
4  Telephone: (415) 489-7700
   Facsimile: (415) 489-7701
5
   Teri T. Pham, Esq. (SBN: 193383)
6      tpham@linerlaw.com
   LINER YANKELEVITZ
7  SUNSHINE & REGENSTREIF LLP
   1100 Glendon Avenue, 14th Floor
8  Los Angeles, California 90024-3503
   Telephone: (310) 500-3500
9  Facsimile: (310) 500-3501

10 Attorneys for Plaintiffs
   MAI CHRISTINA PHAM, JOHN PHAM,
11 MAI NGUYEN, and HUNG PERRY NGUYEN

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | Mai Christina Pham, John Pham, Mai Nguyen, ) | Case No. C07-05436 JW (HRL) |
   | and Hung Perry Nguyen, )                     |                             |
16 |                                          )   | **NOTICE OF EMERGENCY EX PARTE** |
   |            Plaintiffs, )                      | **APPLICATION FOR WRIT OF** |
17 |                                          )   | **ATTACHMENT, OR IN THE** |
   |      vs. )                                    | **ALTERNATIVE, FOR TEMPORARY** |
18 |                                          )   | **PROTECTIVE ORDER AND ORDER** |
   | ComUnity Lending Inc., a California corporation; ) | **TO SHOW CAUSE RE ISSUANCE OF** |
19 | and DOES 1 through 10, inclusive, )           | **RIGHT TO ATTACH ORDER** |
   |                                          )   |                             |
20 |            Defendants. )                      |                             |
   |_____)   |                             |

21

22

23     PLEASE TAKE NOTICE THAT plaintiffs Mai Christina Pham, John Pham, Mai Nguyen,

24 and Hung Perry Nguyen hereby apply ex parte for an emergency Writ of Attachment, or in the

25 alternative, for a Temporary Protective Order and Order to Show Cause re Issuance of a Right to

26 Attach Order.

27     This Application is made pursuant to Local Rule 65-1, Federal Rule of Civil Procedure 64

28 and California Code of Civil Procedure section 484.090, and is made on the grounds that defendant

                                                          Case No. C07-05436 JW (HRL)
   NOTICE OF EMERGENCY EX PARTE APPLICATION FOR WRIT OF ATTACHMENT
   0036012/001/ 369394v.01

1  ComUnity Lending, Inc. is wrongfully withholding plaintiffs' employee funds and unless
2  emergency relief is granted, there is imminent danger that those funds will be depleted and/or
3  concealed and unavailable for levy. Plaintiffs will therefore suffer irreparable injury if this
4  emergency relief is not granted. This Application is based on this Notice, the accompanying
5  Memorandum of Points and Authorities, the Declarations of Teri T. Pham, Mai Christina Pham,
6  John Pham, Mai Nguyen, and Hung Perry Nguyen and exhibits thereto, all pleadings and papers on
7  file with the Court, and upon such further evidence and argument as may be presented at the time
8  of hearing.

9  Dated: October 30, 2007

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
Ronald S. Kravitz
199 Fremont Street, 20th Floor
San Francisco, CA 94105

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
Teri T. Pham
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024

By:      /s/Ronald S. Kravitz
            Ronald S. Kravitz

Attorneys for Plaintiffs
MAI CHRISTINA PHAM, JOHN PHAM,
MAI NGUYEN, and HUNG PERRY
NGUYEN

---

2                                          Case No.  C07-05436 JW (HRL)
NOTICE OF EMERGENCY EX PARTE APPLICATION FOR WRIT OF ATTACHMENT

0036012/001/ 369394v01