1  Ronald S. Kravitz, Esq. (SBN: 129704)
      rkravitz@linerlaw.com
2  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
3  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
4  Telephone: (415) 489-7700
   Facsimile: (415) 489-7701
5
   Teri T. Pham, Esq. (SBN: 193383)
6      tpham@linerlaw.com
   LINER YANKELEVITZ
7  SUNSHINE & REGENSTREIF LLP
   1100 Glendon Avenue, 14th Floor
8  Los Angeles, California 90024-3503
   Telephone: (310) 500-3500
9  Facsimile: (310) 500-3501

10 Attorneys for Plaintiffs
   MAI CHRISTINA PHAM, JOHN PHAM,
11 MAI NGUYEN, and HUNG PERRY NGUYEN

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | Mai Christina Pham, John Pham, Mai Nguyen,   )  Case No. C07-05436 JW (HRL)
   | and Hung Perry Nguyen,                      )
16 |                                             )  **NOTICE OF LODGING COMPLAINT**
   |         Plaintiffs,                         )
17 |                                             )
   |   vs.                                       )
18 |                                             )
   | ComUnity Lending Inc., a California corporation; )
19 | and DOES 1 through 10, inclusive,            )
   |                                             )
20 |         Defendants.                         )
   |                                             )
21

                                                            Case No. C07-05436 JW (HRL)
                                          NOTICE OF LODGING
   0036012/001/ 34591v01

1  PLEASE TAKE NOTICE THAT pursuant to Local Rule 65-1, plaintiffs hereby lodge in
2 support of their Ex Parte Application for a Writ of Possession and Temporary Protective Order as
3 Exhibit A a copy of the Complaint in this action, filed on October 24, 2007.

Dated: October 29, 2007

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
Ronald S. Kravitz
199 Fremont Street, 20th Floor
San Francisco, CA 94105

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
Teri T. Pham
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024

By:  /s/Ronald S. Kravitz
        Ronald S. Kravitz

Attorneys for Plaintiffs
MAI CHRISTINA PHAM, JOHN PHAM,
MAI NGUYEN, and HUNG PERRY NGUYEN

1
NOTICE OF LODGING

Case No. C07-05436 JW (HRL)

0036012/001/ 34591v01