1  Ronald S. Kravitz, Esq. (SBN: 129704)
      rkravitz@linerlaw.com
2  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
3  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
4  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
5
   Teri T. Pham, Esq. (SBN: 193383)
6      tpham@linerlaw.com
   LINER YANKELEVITZ
7  SUNSHINE & REGENSTREIF LLP
   1100 Glendon Avenue, 14th Floor
8  Los Angeles, California 90024-3503
   Telephone:  (310) 500-3500
9  Facsimile:  (310) 500-3501

10 Attorneys for Plaintiffs
   MAI CHRISTINA PHAM, JOHN PHAM,
11 MAI NGUYEN, and HUNG PERRY NGUYEN

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | Mai Christina Pham, John Pham, Mai Nguyen, ) | Case No. C07-05436 JW (HRL) |
   | and Hung Perry Nguyen,                     ) |                              |
16 |                                            ) | **DECLARATION OF TERI T. PHAM** |
   |                Plaintiffs,                 ) |                              |
17 |                                            ) |                              |
   |        vs.                                 ) |                              |
18 |                                            ) |                              |
   | ComUnity Lending Inc., a California corporation; ) |                         |
19 | and DOES 1 through 10, inclusive,          ) |                              |
   |                                            ) |                              |
20 |                Defendants.                 ) |                              |
   |                                            ) |                              |

21

22

23        I, Teri T. Pham, declare as follows:

24        1.     I am an attorney licensed to practice law in the State of California and before this

25 Court. I am counsel of record for plaintiffs Mai Christina Pham, John Pham, Mai Nguyen, and

26 Hung Perry Nguyen. I have personal knowledge of the facts stated herein, and if called as a

27 witness, I could and would competently testify thereto.

28

2.	On October 15, 2007, I contacted ComUnity Lending Inc.'s ("ComUnity") President and CEO, Darryl Fry, by telephone and left a message for him to provide me with the name and telephone number for ComUnity's counsel so that I could discuss with ComUnity's counsel the status of the plaintiffs' deferred compensation funds.

3.	Receiving no response from Mr. Fry, on October 16, 2007, I sent a letter to Mr. Fry again requesting that he provide me with the name and contact information for ComUnity's counsel. A true and correct copy of my October 16, 2007 letter is attached to this letter as Exhibit A.

4.	In response to my letter, Mr. Fry sent an email indicating that he would call me directly. I informed Mr. Fry that I could only speak to him with the consent of ComUnity's attorney, and to please provide me with that consent. A true and correct copy of my email exchange with Mr. Fry is attached to this Declaration as Exhibit B.

5.	Mr. Fry never did contact me to discuss the issues, nor did he forward any contact information for any attorney. Instead, on October 17, 2007, Mr. Fry sent me an email claiming that a "Richard Couch" was representing ComUnity and that Mr. Couch would be contacting me. However, despite my repeated requests, no one representing ComUnity in any capacity has contacted me to discuss the status of the plaintiffs' funds. A true and correct copy of my email exchanges with Mr. Fry of October 17, 2007 is attached to this Declaration as Exhibit C.

6.	On October 22, 2007, I sent a letter to Mr. Fry stating that I had still not received any communication from ComUnity's purported counsel or representative, and reiterating plaintiffs' demand that ComUnity immediately disburse the funds to the plaintiffs in accordance with the Plan. A true and correct copy of my October 22, 2007 letter is attached to this Declaration as Exhibit D. I have not received any response from Mr. Fry or anyone on behalf of ComUnity.

///
///
///
///

7. Attached to this Declaration as Exhibit E is a true and correct copy of an article I recently obtained from the internet showing that ComUnity very recently sold its office headquarters in Morgan Hill, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of October 2007, in Los Angeles, California.

                                                 /s/Teri T. Pham
                                                 Teri T. Pham