1   7.   Attached to this Declaration as Exhibit E is a true and correct copy of an
2   article I recently obtained from the internet showing that ComUnity very recently sold its
3   office headquarters in Morgan Hill, California.
4       I declare under penalty of perjury under the laws of the United States that the
5   foregoing is true and correct.
6       Executed this 29th day of October 2007, in Los Angeles, California.

                         /s/Teri T. Pham
                         Teri T. Pham

---
3                  Case No. C07-05436 JW (HRL)
DECLARATION OF TERI T. PHAM