# Exhibit A

**LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP**
1100 Glendon Avenue | 14th Floor | Los Angeles, CA 90024.3503
t. 310.500.3500 | f. 310.500.3501

TERI T. PHAM
tpham@linerlaw.com
Direct Dial: (310) 500-3556



October 16, 2007

<u>VIA FACSIMILE & E-MAIL (408)-776-0272 AND DARRYL.FRY@COMUNITYLENDING.COM</u>

W. Darryl Fry
President
ComUnity Lending, Inc.
610 Jarvis Drive, Suite 200
Morgan Hill, California 95037

      Re:    <u>Employee Deferred Compensation Plan</u>

Dear Mr. Fry:

    I have not heard back from you at all in response to my voicemail message to you yesterday. As I stated, this office represents ComUnity Lending, Inc.'s ("ComUnity") former employees Mai Christina Pham, John Pham, Mai Nguyen and Hung Nguyen in connection with the employee deferred compensation plan offered by ComUnity. We understand that the plan was terminated on September 4, 2007, and all funds were directed to ComUnity. We are very concerned with ComUnity's present handling of those employee funds, and would like to discuss those issues with ComUnity's legal representatives. Please provide me with the name and contact information for your counsel immediately so that we can avoid any further prejudice and damage to my clients.

    Thank you for your anticipated prompt response.

                      Very truly yours,

                      LINER YANKELEVITZ
                      SUNSHINE & REGENSTREIF LLP

            By                         
                      Teri T. Pham

TTP:moh

cc:    Ron Kravitz, Esq. [via email]
        Christina Pham [via email]

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            0794
CONNECTION TEL      6#20273#001#14087760272#
CONNECTION ID
ST. TIME            10/16 16:42
USAGE T             00'22
PGS. SENT           2
RESULT              OK
```

**LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP**
1100 Glendon Avenue | 14th Floor | Los Angeles, CA 90024.3503
t. 310.500.3500 | f. 310.500.3501



Total pages transmitted: _____2_____ (including this first page)

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| 1. W. Darryl Fry, President | ComUnity Lending, Inc. | (408) 776-0272 | |

- ☐ FOR YOUR FILES
- ☑ FOR YOUR REVIEW
- ☐ FOR YOUR INFORMATION
- ☐ IN ACCORDANCE WITH YOUR REQUEST
- ☐ PLEASE COMMENT
- ☐ PLEASE TELEPHONE ME
- ☐ ALSO SENT VIA U.S. MAIL
- ☐ PLEASE HANDLE

| FROM: | Teri T. Pham, Esq. | DATE: | October 16, 2007 |
|---|---|---|---|
| PHONE NO.: | (310) 500-3556 | FILE NO.: | 20273/001 |

MESSAGE: