# Exhibit B

## Nancy Torrecillas

**From:** Fry, Darryl [darryl.fry@comunitylending.com]
**Sent:** Tuesday, October 16, 2007 4:59 PM
**To:** Nancy Torrecillas
**Subject:** RE: COM-UNITY FORMER EMPLOYEES

Perhaps I can call you tomorrow afternoon. I have no problem discussion this issue with you. But it sounds like I need to have counsel involved. Will give it some thought and let you know.

---

**From:** Nancy Torrecillas [mailto:NTORRECILLAS@linerlaw.com]
**Sent:** Tuesday, October 16, 2007 4:38 PM
**To:** Fry, Darryl
**Cc:** Ronald Kravitz; Teri T. Pham; Christina@jmaclending.com
**Subject:** COM-UNITY FORMER EMPLOYEES

Mr. Fry, please see the attached letter of this date.

Nancy Torrecillas
Assistant to Teri T. Pham and Shannon H. Anderson
LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP



1100 Glendon Avenue |
Los Angeles, CA 90024.
main:  310.500.3500
dir:  310.500.3537
fax:  310.500.3501
ntorrecillas@linerlaw.c
www.linerlaw.com

**Notice of Privilege/Confidentiality Privileged and Confidential information may be contained in this message. If you are not the addressee indicated in this message (or Responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.**

**IRS Circular 230 Disclosure: To ensure compliance with Treasury Department Regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.**

This transmission is intended only for the addressee, and may contain privileged and/or confidential information. If you are not the intended recipient, you are expressly prohibited from using, disseminating or copying this material. If you have received this transmission in error, please delete or destroy this and any copies (digital or paper).

Thank You.

10/29/2007