# Exhibit C

**Nancy Torrecillas**

**From:** Fry, Darryl [darryl.fry@comunitylending.com]
**Sent:** Thursday, October 18, 2007 1:30 PM
**To:** Teri T. Pham
**Subject:** RE: COM-UNITY FORMER EMPLOYEES


I know he is not an attorney. He has your contact information and is our current representative on this issue. .

---

**From:** Teri T. Pham [mailto:TPHAM@linerlaw.com]
**Sent:** Thursday, October 18, 2007 12:02 PM
**To:** Fry, Darryl
**Subject:** RE: COM-UNITY FORMER EMPLOYEES

Thank you Mr. Fry. Please provide me with Mr. Couch's contact information, as it appears that he is not an attorney licensed to practice in California.

---

**From:** Fry, Darryl [mailto:darryl.fry@comunitylending.com]
**Sent:** Thursday, October 18, 2007 11:11 AM
**To:** Teri T. Pham
**Subject:** RE: COM-UNITY FORMER EMPLOYEES

I have forwarded your e-mail and contact information to Richard Couch and he will be contacting you.

---

**From:** Teri T. Pham [mailto:TPHAM@linerlaw.com]
**Sent:** Wednesday, October 17, 2007 5:20 PM
**To:** Fry, Darryl
**Cc:** Christina Pham; Ronald Kravitz
**Subject:** RE: COM-UNITY FORMER EMPLOYEES

Mr. Fry, I have not heard from you at all today, and you have still not provided me with your counsel's name and telephone number. Please provide me with that information immediately.

---

**From:** Teri T. Pham
**Sent:** Tuesday, October 16, 2007 5:23 PM
**To:** 'darryl.fry@comunitylending.com'
**Cc:** 'Christina Pham'; Ronald Kravitz
**Subject:** RE: COM-UNITY FORMER EMPLOYEES

Mr. Fry, thank you for your quick response. I am happy to speak to you directly, as well, but cannot do so if you have engaged counsel absent your counsel's consent. Please confirm that your counsel has consented,

and I will contact you directly. I am available any time tomorrow after 10:30 a.m.

Teri T. Pham, Esq.



1100 Glendon Avenue | 14th Floor
Los Angeles, CA 90024.3503
main: 310.500.3500
dir: 310.500.3556
fax: 310.500.3501
tpham@linerlaw.com
www.linerlaw.com

Notice of Privilege/Confidentiality Privileged and Confidential information may be contained in this message. If you are not the addressee indicated in this message (or Responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure: To ensure compliance with Treasury Department Regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

---

**From:** Fry, Darryl [mailto:darryl.fry@comunitylending.com]
**Sent:** Tuesday, October 16, 2007 4:59 PM
**To:** Nancy Torrecillas
**Subject:** RE: COM-UNITY FORMER EMPLOYEES

Perhaps I can call you tomorrow afternoon. I have no problem discussion this issue with you. But it sounds like I need to have counsel involved. Will give it some thought and let you know.

---

**From:** Nancy Torrecillas [mailto:NTORRECILLAS@linerlaw.com]
**Sent:** Tuesday, October 16, 2007 4:38 PM
**To:** Fry, Darryl
**Cc:** Ronald Kravitz; Teri T. Pham; Christina@jmaclending.com
**Subject:** COM-UNITY FORMER EMPLOYEES

Mr. Fry, please see the attached letter of this date.

10/24/2007

Nancy Torrecillas
Assistant to Teri T. Pham and Shannon H. Anderson



1100 Glendon Avenue | 14th Floor
Los Angeles, CA 90024.3503
main: 310.500.3500
dir: 310.500.3537
fax: 310.500.3501
ntorrecillas@linerlaw.com
www.linerlaw.com

**Notice of Privilege/Confidentiality Privileged and Confidential information may be contained in this message. If you are not the addressee indicated in this message (or Responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.**

**IRS Circular 230 Disclosure: To ensure compliance with Treasury Department Regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.**

**This transmission is intended only for the addressee, and may contain privileged and/or confidential information. If you are not the intended recipient, you are expressly prohibited from using, disseminating or copying this material. If you have received this transmission in error, please delete or destroy this and any copies (digital or paper).**

**Thank You.**

**This transmission is intended only for the addressee, and may contain privileged and/or confidential information. If you are not the intended recipient, you are expressly prohibited from using, disseminating or copying this material. If you have received this transmission in error, please delete or destroy this and any copies (digital or paper).**

**Thank You.**

10/24/2007

**This transmission is intended only for the addressee, and may contain privileged and/or confidential information. If you are not the intended recipient, you are expressly prohibited from using, disseminating or copying this material. If you have received this transmission in error, please delete or destroy this and any copies (digital or paper).**

**Thank You.**