# Exhibit D

**LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP**
1100 Glendon Avenue | 14th Floor | Los Angeles, CA 90024.3503
t. 310.500.3500 | f. 310.500.3501



TERI T. PHAM
tpham@linerlaw.com
Direct Dial: (310) 500-3556

October 22, 2007

<u>VIA FACSIMILE & E-MAIL (408)-776-0272 AND DARRYL.FRY@COMUNITYLENDING.COM</u>

W. Darryl Fry, President
ComUnity Lending, Inc.
610 Jarvis Drive, Suite 200
Morgan Hill, California 95037

    Re:    <u>Employee Deferred Compensation Plan</u>

Dear Mr. Fry:

    I have still not been contacted by either you or your purported representative, Richard Couch. Nor have I received the name or contact number for Mr. Couch or ComUnity's attorney, despite my repeated requests. It is therefore clear that ComUnity has <u>not</u> retained any "specialized counsel" as you represented in your October 12, 2007 correspondence to my clients, and your false representation was merely a stall and delay tactic so as to allow you and ComUnity to continue to wrongfully withhold and misuse the employees' funds. Your actions render you liable, for among other things, fraud, conversion and misappropriation.

    We accordingly hereby demand on behalf of our clients that you immediately disburse the funds to my clients as required by Section 10.2 of the Plan Agreement. Please contact me by the close of business today to arrange for the immediate disbursement of those funds. Otherwise, we will proceed with any necessary action against you and/or ComUnity.

    Nothing contained herein shall be construed as a waiver of any rights and/or remedies that my clients may have, all of which are expressly reserved.

    Very truly yours,

    LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP

    By    *Teri T. Pham*
            Teri T. Pham

TTP:moh

cc:    Ron Kravitz, Esq. [via email]
        Christina Pham [via email]

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0827
CONNECTION TEL        #20273#001#14087760272##
CONNECTION ID
ST. TIME              10/22 10:42
USAGE T               00'23
PGS. SENT             2
RESULT                OK
```

## LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue | 14th Floor | Los Angeles, CA 90024.3503
t. 310.500.3500 | f. 310.500.3501

**L Y S R**

Total pages transmitted: _____2_____ (including this first page)

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | W. Darryl Fry, President | ComUnity Lending, Inc. | (408) 776-0272 | |

- ☐ FOR YOUR FILES
- ☑ FOR YOUR REVIEW
- ☐ FOR YOUR INFORMATION
- ☐ IN ACCORDANCE WITH YOUR REQUEST

- ☐ PLEASE COMMENT
- ☐ PLEASE TELEPHONE ME
- ☐ ALSO SENT VIA U.S. MAIL
- ☐ PLEASE HANDLE

| FROM: | Teri T. Pham, Esq. | DATE: | October 22, 2007 |
|---|---|---|---|
| PHONE NO.: | (310) 500-3556 | FILE NO.: | 20273/001 |

MESSAGE: