# Exhibit E

Concerned about fraud, scams, embezzlement, forgeries and identity theft? You should be.

LEARN MORE  CITY NATIONAL FRAUD PROTECTION

CITY




SILICON VALLEY / SAN JOSE
**Business**Journal

Members: Log in
Not Registered? Register for free extra services.


Who's the leader
in your mar
GET YOUR BOOK OF LISTS

HOME ·  ONLINE EDITION ·  PRINT EDITION ·  SUBSCRIBE ·  MARKETPLACE ·  BUSINESS RESC

Search  Keywords          GO  Search Archive

→ News by C

San Jose > News > Industries > Real Estate - Commercial

Tuesday, September 18, 2007

# Toeniskoetter & Breeding buys ComUnity Lending HQ for $9M

Silicon Valley / San Jose Business Journal - by Sharon Simonson

Print Article     Email Article     Reprints     RSS Feeds     Add to Del.icio.us     Digg This

**Related News**

**Life lessons became a matter of interest** [San Jose]

**National City bottom line falls 31%** [Columbus]

**Is subprime pain Wall Street's gain?** [East Bay]

**National City finishes $1.3B unit sale** [Pittsburgh]

**The May Institute nets $100K with fundraiser** [Boston]

San Jose's **Toeniskoetter & Breeding Inc.** Development has acquired a 38,755-square-foot office building in Morgan Hill for nearly $9 million, or between $225 and $235 a square foot.

The property is 93 percent occupied by the headquarters of residential mortgage lender **ComUnity Lending Inc.**

TBI Senior Vice President Dan Amend says his company did a double take before completing the purchase as a result.

"We live in this world every day, so we are fully aware of the potential risks and were as we were going through due diligence," he says. "But this is their headquarters, and they are a national company, so we felt like the biggest risk was a reduction in staff.

"We feel about as good as you can feel about it, though obviously, everything can always hit the fan," he adds.

ComUnity has three years remaining on its lease, said Jayson Stebbins, executive vice president at the lender. He also confirmed the sale.

The building, completed in 2000 and situated at 610 Jarvis, was owned by **ComUnity Investors LLC**, a company created by ComUnity President and Chief Executive Darryl Fry. The acquisition was completed at a 7.5 percent capitalization rate, a measure of initial yield, Amend says. The cap rate reflects Morgan Hill's status as a secondary Silicon Valley market and the current marketplace qualms surrounding the mortgage industry.

This is the third deal that TBI has done with financial partner Minneapolis-based **Thrivent Financial** for Lutherans and is the second with exposure to the American mortgage lending industry. The two bought the six-story, Class A office building at 2150 North First Street in San Jose in June 2006. The building has 120,000 square feet and is called First Franklin Plaza. **First Franklin Financial Corp.**, which is owned by **Merrill Lynch**, occupies most of that building. First Franklin is a subprime mortgage wholesaler that announced company layoffs Sept. 13.

In late 2005, Toeniskoetter and Thrivent acquired a three-building complex in Campbell on Winchester Boulevard with 61,000 square feet, a property that has done very well in the valley's recovering marketplace, Amend says.

| Contact the Editor | Need Assistance? | More Latest News → |

**More News Headlines**    Popular News Stories

**Related Industry News**

- Developers FWG gain ground on Oakland Portal project [Pittsburgh]
- Office real estate news from around the country [Birmingham]
- Investors eye old buildings [Portland]
- DeVry sells school facilities, leases back space [Phoenix]
- Goodwill gets $9 million makeover [Columbus]

**Latest News**

- Nvidia stock drops on analyst's comment
- EMC gets $115.2M Q3 gain from sale of VMware stake
- Focus Business Bank posts $421,990 loss in Q3
- LSI swings to Q3 loss on restructuring
- SRI gets $7.9M cancer research contract

**Business Pulse Survey**
Are you worried that Silicon Valley is in another unsustainable boom?

**Business Directory**
Find local business services by clicking on a category

- Filing Cabinets
- Working Capital Loans
- Logo Design Services
- Staffing
- Home Builders
- Dating Services

**More Services:**
401K Plans