1  Ronald S. Kravitz, Esq. (SBN: 129704)
       rkravitz@linerlaw.com
2  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
3  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
4  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
5
   Teri T. Pham, Esq. (SBN: 193383)
6      tpham@linerlaw.com
   LINER YANKELEVITZ
7  SUNSHINE & REGENSTREIF LLP
   1100 Glendon Avenue, 14th Floor
8  Los Angeles, California 90024-3503
   Telephone:  (310) 500-3500
9  Facsimile:  (310) 500-3501

10 Attorneys for Plaintiffs
   MAI CHRISTINA PHAM, JOHN PHAM,
11 MAI NGUYEN, and HUNG PERRY NGUYEN

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15 Mai Christina Pham, John Pham, Mai Nguyen,  )  Case No. C07-05436 JW (HRLx)
   and Hung Perry Nguyen,                     )
16                                            )  **DECLARATION OF MAI CHRISTINA**
               Plaintiffs,                    )  **PHAM**
17                                            )
         vs.                                  )
18                                            )
   ComUnity Lending Inc., a California corporation; )
19 and DOES 1 through 10, inclusive,          )
                                              )
20             Defendants.                    )
                                              )

21

22

23       I, Mai Christina Pham, declare as follows:

24       1.    I am a plaintiff in this action, and am a former employee of ComUnity Lending, Inc.

25 ("ComUnity").  I have personal knowledge of the facts stated herein, and if called as a witness, I

26 could and would competently testify thereto.

27       2.    ComUnity is a California corporation in the business of real estate mortgage and

28 lending.  Its principal office is in Morgan Hill, California.

                                            1                    Case No.  C07-05436 JW (HRLx)
                          DECLARATION OF MAI CHRISTINA PHAM
0036012/001/ 368925v.02

1      3.      Effective October 1, 2001, ComUnity established a supplementary employee retirement plan ("the Plan") to provide deferred compensation for a select group of management or highly-compensated employees. I and the other plaintiffs in this action were all participants of that Plan. A true and correct copy of the Plan provided to me by ComUnity is attached to this Declaration as Exhibit A.

    4.      On September 4, 2007, ComUnity unilaterally announced that it was terminating the Plan effective September 4, 2007. The announcement also directed that we should contact Transamerica Retirement Services ("Transamerica"), ComUnity's Plan Account Administrator, in the event of any questions. A true and correct copy of the announcement from ComUnity is attached to this Declaration as Exhibit B.

    5.      My employment with ComUnity was terminated on October 12, 2007.

    6.      According to the Plan, I would be fully vested upon termination of the plan, and any benefits are to be paid out to me immediately in a lump sum payment. Following the termination of the Plan, I filled out and submitted a Distribution Request form to Transamerica to request a lump sum distribution of my fully-vested account balance in accordance with the Plan. A true and correct copy of my redacted Distribution Request form is attached to this Declaration as Exhibit C.

    7.      I had requested in the form that the funds be wired directly to my account. However, when I subsequently received a copy of the form back from Transamerica, my wiring instructions had been crossed out and initialed by Janene Towner, an officer of ComUnity. I subsequently received an account statement showing that all of my funds had been distributed to ComUnity.

    8.      At the time of the distribution to ComUnity, my Plan accounts had balances of $640,702.86 and $1,164,927.96.

    9.      Since the termination of the Plan and distribution to ComUnity, I have attempted to contact ComUnity's administrators on a multiple occasions to find out the status of my monies and when I can expect to receive them. ComUnity initially ignored all of my communications. Finally, on October 12, 2007, ComUnity's President and CEO, Darryl Fry, sent a letter to me and to each of the other participants of the Plan, stating that

1 ComUnity had hired counsel to determine what actions it would be taking with respect to
2 the Plan.  A true and correct copy of Mr. Fry's letter is attached to this Declaration as
3 Exhibit D.
4     I declare under penalty of perjury under the laws of the United States that the
5 foregoing is true and correct.
6     Executed this 29th day of October 2007, in Huntington Beach, California.

/s/ Mai Christina Pham
Mai Christina Pham

3    Case No. C07-05436 JW (HRLx)
DECLARATION OF MAI CHRISTINA PHAM
0036012/001/ 368925v02