1  ComUnity had hired counsel to determine what actions it would be taking with respect to
2  the Plan. A true and correct copy of Mr. Fry's letter is attached to this Declaration as
3  Exhibit D.
4      I declare under penalty of perjury under the laws of the United States that the
5  foregoing is true and correct.
6      Executed this 29th day of October 2007, in Huntington Beach, California.
7  /s/ Mai Christina Pham
8  Mai Christina Pham



3                 Case No. C07-05436 JW (HRLx)
DECLARATION OF MAI CHRISTINA PHAM