# Exhibit C

10/9/2007 8:19 AM  PAGE  2/003
Central Standard Time

# TRANSAMERICA RETIREMENT SERVICES

4333 Edgewood Road NE
Cedar Rapids, IA 52499
877-234-9203
www.ta-retirement.com

## Distribution Request
### Termination of Employment/Retirement

**Instructions**

To request a distribution, complete all applicable sections of this form, obtain any required signatures, and return the form to Transamerica at the above address. Do not use this form to request a direct rollover to an IRA or an eligible retirement plan; instead complete a Direct Rollover Request (Form No. 2214-TA), or log on to www.ta-retirement.com for forms and information on rolling over your account balance to a Transamerica IRA.

### Section A. Employer Information

- Company/Employer Name: Com Unity Lending Inc.
- Contract/Account No.: [redacted]
- Affiliate No.: [redacted]
- Division No.: [blank]

### Section B. Participant Information

- Last Name: PHAM
- First Name/MI: MAI C
- Date of Birth: [blank]
- Social Security No.: [blank]
- Mailing Address: [redacted]
- City: [redacted]
- State: [redacted]
- Zip Code: [redacted]
- Phone No./Ext.: [redacted]
- E-mail Address: christina.pham@communitylending.com

### Section C. Distribution Information

- Reason for distribution: [X] Termination of employment   [ ] Retirement
- Amount of distribution: [X] 100%  or  [ ] $_____, remainder to be: [ ] Left on deposit  [ ] Other _____

**Distribution Options**
- [ ] Leave funds on deposit
- [ ] Purchase annuity
- [X] Lump sum distribution
- [ ] Partial distribution
- [ ] In-kind distribution of any employer stock (distribution will be in full shares only; partial shares will be paid in cash)
  - Deposit Transfer Corp. No. (from new financial institution, so stock can be transferred without issuing certificates)

**Flexible Distribution Options** (available if leaving funds on deposit)
- [ ] Fixed Payment $_____ (amount)
- [ ] Fixed Payment over _____ years
- [ ] Life Expectancy  [ ] Single  [ ] Joint (proof of spouse's age required)
- Payment commencement month: _____
- Payment frequency: [ ] Monthly  [ ] Quarterly  [ ] Semi-Annual  [ ] Annual

Note: Please refer to your Summary Plan Description or contact your Plan Administrator for more information regarding the distribution options that are available under the plan.

**Payment Options**

[X] Check  or  [X] Wire transfer (Complete information below only if wire transfer option is selected. Option available only for lump sum or partial distribution of at least $5,000. Any distribution less than $5,000 will be processed in the form of a check.)

- ABA No.: [redacted]
- Institution Name: [redacted]
- Institution Address: [redacted]
- Account Name: MAI C. PHAM
- Account No.: [redacted]
- "Further Credit To" Institution Name: _____
  (For wire to credit union or overseas bank, call Transamerica for additional information.)

Note: If one of the above payment options is not selected, this distribution will be processed in the form of a check.

Form No. 2210-TA (rev. 2/05) (Page 1 of 3)   Transamerica Plans

### Section D. Outstanding Loan Options (if applicable)

For any outstanding loan(s) at the time of my termination of employment/retirement, I elect to:

☐ Pay off the loan(s). *(Call Transamerica to verify loan payoff amount and procedure prior to submitting this form.)*

☐ Continue loan repayments via loan coupons. *(Available if funds are left on deposit and if allowed by the plan. Call Transamerica for further information.)*

☐ Default the loan(s). I understand that a taxable distribution will be reported to the IRS as indicated in the Special Tax Notice Regarding Plan Payments.

*Note: If one of the above options is not selected, any outstanding loan(s) will be automatically defaulted in accordance with federal regulations.*

### Section E. Tax Withholding Election

**Mandatory Federal Income Tax Withholding** - If this distribution is an eligible rollover distribution, 20% mandatory federal income tax withholding applies unless the distribution is paid as a direct rollover to an eligible retirement plan or IRA.

**Optional Federal Income Tax Withholding** - If this distribution is not an eligible rollover distribution, 10% federal income tax will be withheld unless you elect otherwise. If this distribution is subject to the 20% mandatory federal income tax withholding, do not check below since it does not apply.

☐ Do not withhold 10% optional federal income tax

**State Income Tax Withholding** - Withholding is mandatory in some states. Other states allow an independent election and in these states, state tax will be withheld unless you elect otherwise.

☐ Do not withhold state income tax (if independent election is permitted)

### Section F. Participant Signature

*Please note: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim from a group annuity contract issued in New York, containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation. States other than New York also have insurance fraud statutes, which impose penalties for any violation thereof.*

**For Married Participants:** I elect to waive qualified joint and survivor benefits (if applicable) with respect to the amount to be withdrawn from the plan. I understand that this waiver is not effective without the written consent (if applicable) of my spouse, witnessed by my Plan Administrator or a Notary Public.

**For All Participants:** I understand that I may have to repay this distribution to the IRS and pay appropriate income taxes on the taxable portion not rolled over. I have received and read the Special Tax Notice Regarding Plan Payments. I certify that the information provided on this form is correct and complete.

X _[signature]_  _MAT C. Ahern_
Participant Signature   Date   Print Name and Social Security Number

### Section G. Spousal Consent (if applicable)

I consent to my spouse's waiver of joint and survivorship benefits with respect to the amount to be withdrawn from the plan. I understand that this consent means that I will not receive any survivor benefits under this plan upon my spouse's death with respect to this amount. I understand that I do not have to consent to the waiver of this qualified joint and survivor annuity coverage, however, if I do consent by signing below, I may not revoke my consent.

WITNESSED

X _____  X _____
Spouse Signature   Date   Plan Administrator Signature or Notary Public Signature and Stamp/Seal   Date

### Section H. Plan Administrator Information and Signature

Vested %: **100%**   Employment status: ☒ Terminated **9/4/07**   ☐ Retired _____
                                              Termination Date        Retirement Date

Have all contributions been remitted? ☒ Yes  ☐ No

Period and date of final contribution **6/30/07**   *(Processing will be delayed until final contribution is received.)*

*Note: This distribution request cannot be processed unless all applicable sections of this form have been completed.*

I certify that the information provided on this form is correct and complete, this transaction is permissible under the plan, and that any required consents and waivers have been obtained.

X _[signature]_  **9/10/07**
Plan Administrator Signature   Date

Form No. 2220-TA (rev. 3/03) (Page 2 of 2)   Transamerica Plans



```
10/9/2007 8:15 AM   PAGE   2/003
Central Standard Time
```

# TRANSAMERICA RETIREMENT SERVICES
4333 Edgewood Road NE
Cedar Rapids, IA 52499
877-234-0203
www.ta-retirement.com

## Distribution Request
### Termination of Employment/Retirement

**Instructions**

To request a distribution, complete all applicable sections of this form, obtain any required signatures, and return the form to Transamerica at the above address. Do not use this form to request a direct rollover to an IRA or an eligible retirement plan; instead complete a Direct Rollover Request (Form No. 2214-TA), or log on to www.ta-retirement.com for forms and information on rolling over your account balance to a Transamerica IRA.

**Section A. Employer Information**

Company/Employer Name: Com Unity Lending Inc.
Contract/Account No.: ▮▮▮    Affiliate No.: ▮▮▮    Division No.: ▮▮▮

**Section B. Participant Information**

Last Name: PHAM
First Name/MI: MAI C
Date of Birth: ▮▮▮
Social Security No.: ▮▮▮
Mailing Address: ▮▮▮
City: ▮▮▮   State: ▮▮
Zip Code: ▮▮▮
Phone No./Ext.: ▮▮▮
E-mail Address: christine.pham@comunitylending.com

**Section C. Distribution Information**

Reason for distribution: [X] Termination of employment    [ ] Retirement

Amount of distribution: [X] 100%   or   [ ] $_____, remainder to be: [ ] Left on deposit   [ ] Other _____

**Distribution Options**

[ ] Leave funds on deposit
[ ] Purchase annuity
[X] Lump sum distribution
[ ] Partial distribution
[ ] In-kind distribution of any employer stock *(distribution will be in full shares only; partial shares will be paid in cash)*
    [  ][  ][  ][  ] Deposit Transfer Corp. No. *(from new financial institution, so stock can be transferred without issuing certificates)*

[ ] Flexible Distribution Options *(available if leaving funds on deposit)*
    [ ] Fixed Payment $_____ (amount)
    [ ] Fixed Payment over _____ years
    [ ] Life Expectancy  [ ] Single  [ ] Joint *(proof of spouse's age required)*
    Payment commencement month: _____
    Payment frequency:
    [ ] Monthly   [ ] Quarterly   [ ] Semi-Annual   [ ] Annual

*Note: Please refer to your Summary Plan Description or contact your Plan Administrator for more information regarding the distribution options that are available under the plan.*

**Payment Options**

[X] Check   or   [X] Wire transfer *(Complete information below only if wire transfer option is selected. Option available only for lump sum or partial distribution of at least $5,000. Any distribution less than $5,000 will be processed in the form of a check.)*

ABA No.: ▮▮▮
Institution Name: ▮▮▮
Institution Address: ▮▮▮
Account Name: MAI C. Pham
Account No.: ▮▮▮
"Further Credit To" Institution Name: _____
*(For wire to credit union or overseas bank, call Transamerica for additional information.)*

*Note: If one of the above payment options is not selected, this distribution will be processed in the form of a check.*

Form No. 2220-TA (rev. 2/05) (Page 1 of 2)          Transamerica Plans



```
10/9/2007  8:15 AM  PAGE  3/003
Central Standard Time
```

### Section D. Outstanding Loan Options (if applicable)

For any outstanding loan(s) at the time of my termination of employment/retirement, I elect to:

☐ Pay off the loan(s). *(Call Transamerica to verify loan payoff amount and procedure prior to submitting this form.)*

☐ Continue loan repayments via loan coupons. *(Available if funds are left on deposit and if allowed by the plan. Call Transamerica for further information.)*

☐ Default the loan(s). I understand that a taxable distribution will be reported to the IRS as indicated in the Special Tax Notice Regarding Plan Payments.

*Note: If one of the above options is not selected, any outstanding loan(s) will be automatically defaulted in accordance with federal regulations.*

### Section E. Tax Withholding Election

**Mandatory Federal Income Tax Withholding** - If this distribution is an eligible rollover distribution, 20% mandatory federal income tax withholding applies unless the distribution is paid as a direct rollover to an eligible retirement plan or IRA.

**Optional Federal Income Tax Withholding** - If this distribution is not an eligible rollover distribution, 10% federal income tax will be withheld unless you elect otherwise. If this distribution is subject to the 20% mandatory federal income tax withholding, do not check below since it does not apply.

☐ Do not withhold 10% optional federal income tax

**State Income Tax Withholding** - Withholding is mandatory in some states. Other states allow an independent election and in these states, state tax will be withheld unless you elect otherwise.

☐ Do not withhold state income tax (if independent election is permitted)

### Section F. Participant Signature

*Please note: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim from a group annuity contract issued in New York, containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation. States other than New York also have insurance fraud statutes, which impose penalties for any violation thereof.*

**For Married Participants:** I elect to waive qualified joint and survivor benefits (if applicable) with respect to the amount to be withdrawn from the plan. I understand that this waiver is not effective without the written consent (if applicable) of my spouse, witnessed by my Plan Administrator or a Notary Public.

**For All Participants:** I understand that I may have to report this distribution to the IRS and pay appropriate income taxes on the taxable portion not rolled over. I have received and read the Special Tax Notice Regarding Plan Payments. I certify that the information provided on this form is correct and complete.

X _[signature]_____  _____  MRK  Pham_____ _[redacted]_
  Participant Signature                Date      Print Name and Social Security Number

### Section G. Spousal Consent (if applicable)

I consent to my spouse's waiver of joint and survivorship benefits with respect to the amount to be withdrawn from the plan. I understand that this consent means that I will not receive any survivor benefits under this plan upon my spouse's death with respect to this amount. I understand that I do not have to consent to the waiver of this qualified joint and survivor annuity coverage, however, if I do consent by signing below, I may not revoke any consent.

WITNESSED

X _____  _____   X _____  _____
  Spouse Signature         Date       Plan Administrator Signature or Notary Public Signature and Stamp/Seal  Date

### Section H. Plan Administrator Information and Signature

Vested %: __100__     Employment status:  ☒ Terminated __9/4/07__       ☐ Retired _____
                                                        Termination Date                    Retirement Date

Have all contributions been remitted?  ☒ Yes  ☐ No

Period end date of final contribution  __6/30/07__  *(Processing will be delayed until final contribution is received.)*

*Note: This distribution request cannot be processed unless all applicable sections of this form have been completed.*

I certify that the information provided on this form is correct and complete, this transaction is permissible under the plan, and that any required consents and waivers have been obtained.

X _[signature]_____ 9/10/07
  Plan Administrator Signature    Date



Form No. 2220-TA (rev. 2/05) (Page 2 of 2)     Transamerica Plans