# Exhibit D



## ComUnity
L E N D I N G
INCORPORATED

October 12, 2007

Mai C. Pham
6553 Blue Heron Drive
Huntington Beach, CA 92648

Dear Mai C,

ComUnity Lending has hired specialized legal council that has substantial experience in non-qualified retirement plans, such as Top Hat. The purpose of the legal council is to better determine what actions ComUnity Lending is able to take, so as to meet all of the terms of the plan and assure that ComUnity Lending is not taking any action that can be criticized by participants and/or creditors.

The dispersed funds have been segregated into a non-operating interest baring account of ComUnity Lending. ComUnity Lending has not yet received definitive and final recommendations from legal council. Until ComUnity Lending has received such recommendation, the Top Hat funds are segregated and secure and will remain so.

ComUnity Lending is attempting to adhere to the terms of the Top Hat Plan with regard to both participants and creditors as we receive direction from our local council. We will keep you informed as to those recommendations, and please be assured that this is a top priority. Thank you for your patience as we work through these difficult & complex issues.

Sincerely,

W. Darryl Fry
President/CEO

ComUnity Lending
610 Jarvis Drive
Suite 200
Morgan Hill, CA 95037

Phone: 408.776.7800
Fax: 408.776.0272

Member:
Mortgage Bankers
Association of America

"Uniting our community through residential lending"