3.  As an employee of ComUnity, I was a participant in ComUnity's deferred compensation plan ("the Plan"). On September 4, 2007, ComUnity announced that it was terminating the Plan.

4.  Following the termination of the Plan, I filled out and submitted a Distribution Request form to Transamerica to request a lump sum distribution to me of my fully-vested account balance. A true and correct copy of my redacted Distribution Request form is attached to this Declaration as Exhibit A.

5.  I subsequently learned that at the direction of ComUnity, Transamerica had distributed my funds to ComUnity. At the time of the distribution to ComUnity, my Plan accounts had balances of $526,180.74 and $1,026,745.56.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of October 2007, in Huntington Beach, California.

/s/ John Pham
John Pham