# Exhibit A



**TRANSAMERICA** RETIREMENT SERVICES
4333 Edgewood Road NE
Cedar Rapids, IA 52499
877-234-9293
www.ta-retirement.com

# Distribution Request
## Termination of Employment/Retirement

## Instructions
To request a distribution, complete all applicable sections of this form, obtain any required signatures, and return the form to Transamerica at the above address. Do not use this form to request a direct rollover to an IRA or an eligible retirement plan; instead complete a Direct Rollover Request (Form No. 2214-TA), or log on to www.ta-retirement.com for forms and information on rolling over your account balance to a Transamerica IRA.

### Section A. Employer Information
- Company/Employer Name: Com Unity Lending Inc.
- Contract/Account No.: [redacted]
- Affiliate No.: [redacted]
- Division No.:

### Section B. Participant Information
- Last Name: PHAM
- First Name/MI: JOHN
- Mailing Address: [redacted]
- City: [redacted]
- State: [redacted]
- Zip Code: [redacted]
- Phone No./Ext: [redacted]
- E-mail Address: christina.pham@comunitylending.com
- Date of Birth: [redacted]
- Social Security No.: [redacted]

### Section C. Distribution Information
Reason for distribution: [X] Termination of employment   [ ] Retirement

Amount of distribution: [X] 100%   or   [ ] $_____, remainder to be: [ ] Left on deposit  [ ] Other _____

**Distribution Options**
- [ ] Leave funds on deposit
- [ ] Purchase annuity
- [X] Lump sum distribution
- [ ] Partial distribution
- [ ] In-kind distribution of any employer stock (distribution will be in full shares only; partial shares will be paid in cash)
  - Deposit Transfer Corp. No. (from new financial institution so stock can be transferred without issuing certificates)

- [ ] Flexible Distribution Options (available if leaving funds on deposit)
  - [ ] Fixed Payment $_____ (amount)
  - [ ] Fixed Payment over _____ years
  - [ ] Life Expectancy  [ ] Single  [ ] Joint (proof of spouse's age required)
  - Payment commencement month: _____
  - Payment frequency: [ ] Monthly  [ ] Quarterly  [ ] Semi-Annual  [ ] Annual

Note: Please refer to your Summary Plan Description or contact your Plan Administrator for more information regarding the distribution options that are available under the plan.

**Payment Options**

[X] Check   or   [ ] Wire transfer (Complete information below only if wire transfer option is selected. Option available only for lump sum or partial distribution of at least $5,000. Any distribution less than $5,000 will be processed in the form of a check.)

- ABA No.: _____
- Institution Name: _____
- Institution Address: _____
- Account Name: _____
- Account No.: _____
- "Further Credit To" Institution Name _____
  (For wire to credit union or overseas bank, call Transamerica for additional information.)

Note: If one of the above payment options is not selected, this distribution will be processed in the form of a check.



Form No. 2220-TA (rev. 2/05) (Page 1 of 2)   Transamerica Plans

### Section D. Outstanding Loan Options (if applicable)

For any outstanding loan(s) at the time of my termination of employment/retirement, I elect to:

☐ Pay off the loan(s) *(Call Transamerica to verify loan payoff amount and procedure prior to submitting this form.)*

☐ Continue loan repayments via loan coupons *(Available if funds are left on deposit and if allowed by the plan. Call Transamerica for further information.)*

☐ Default the loan(s). I understand that a taxable distribution will be reported to the IRS as indicated in the Special Tax Notice Regarding Plan Payments

*Note: If one of the above options is not selected, any outstanding loan(s) will be automatically defaulted in accordance with federal regulations.*

### Section E. Tax Withholding Election

**Mandatory Federal Income Tax Withholding** - If this distribution is an eligible rollover distribution 20% mandatory federal income tax withholding applies unless the distribution is paid as a direct rollover to an eligible retirement plan or IRA.

**Optional Federal Income Tax Withholding** - If this distribution is not an eligible rollover distribution, 10% federal income tax will be withheld unless you elect otherwise. If this distribution is subject to the 20% mandatory federal income tax withholding, do not check below since it does not apply.

☐ Do not withhold 10% optional federal income tax

**State Income Tax Withholding** - Withholding is mandatory in some states. Other states allow an independent election and in those states, state tax will be withheld unless you elect otherwise.

☐ Do not withhold state income tax (if independent election is permitted)

### Section F. Participant Signature

*Please note: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim from a group annuity contract issued in New York, containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation. States other than New York also have insurance fraud statutes which impose penalties for any violation thereof.*

**For Married Participants:** I elect to waive qualified joint and survivor benefits (if applicable) with respect to the amount to be withdrawn from the plan. I understand that this waiver is not effective without the written consent (if applicable) of my spouse, witnessed by my Plan Administrator or a Notary Public.

**For All Participants:** I understand that I may have to report this distribution to the IRS and pay appropriate income taxes on the taxable portion not rolled over. I have received and read the Special Tax Notice Regarding Plan Payments. I certify that the information provided on this form is correct and complete.

X _[signature]_  Participant Signature   9-6-07  Date   JOHN PHAM  Print Name and Social Security Number

### Section G. Spousal Consent (if applicable)

I consent to my spouse's waiver of joint and survivorship benefits with respect to the amount to be withdrawn from the plan. I understand that this consent means that I will not receive any survivor benefits under this plan upon my spouse's death with respect to this amount. I understand that I do not have to consent to the waiver of this qualified joint and survivor annuity coverage, however, if I do consent by signing below, I may not revoke my consent.

WITNESSED

X _[signature]_ Spouse Signature  9-6-07 Date    X _____ Plan Administrator Signature or Notary Public Signature and Stamp/Seal  Date

### Section H. Plan Administrator Information and Signature

Vested %: 100%    Employment status: ☒ Terminated  9/4/07 Termination Date    ☐ Retired _____ Retirement Date

Have all contributions been remitted? ☒ Yes ☐ No

Period end date of final contribution  6/30/07    *(Processing will be delayed until final contribution is received.)*

*Note: This distribution request cannot be processed unless all applicable sections of this form have been completed.*

I certify that the information provided on this form is correct and complete, this transaction is permissible under the plan, and that any required consents and waivers have been obtained.

X _[signature]_ Plan Administrator Signature   9/10/07 Date



   4333 Edgewood Road NE
Cedar Rapids, IA 52499
877-234-9293
www.ta-retirement.com

# Distribution Request
## Termination of Employment/Retirement

## Instructions

To request a distribution, complete all applicable sections of this form, obtain any required signatures, and return the form to Transamerica at the above address. Do not use this form to request a direct rollover to an IRA or an eligible retirement plan; instead complete a Direct Rollover Request (Form No 2214-TA), or log on to www.ta-retirement.com for forms and information on rolling over your account balance to a Transamerica IRA.

### Section A. Employer Information

Company/Employer Name: Com Unity Lending Inc
Contract/Account No: [redacted]   Affiliate No: [redacted]   Division No: [redacted]

### Section B. Participant Information

Last Name: PHAM
First Name/MI: JOHN
Date of Birth: [redacted]
Social Security No: [redacted]
Mailing Address: [redacted]
City: [redacted]   State: [redacted]
Zip Code: [redacted]
Phone No./Ext.: [redacted]
E-mail Address: christina.pham@communitylending.com

### Section C. Distribution Information

Reason for distribution: ☒ Termination of employment   ☐ Retirement
Amount of distribution: ☒ 100%   or ☐ $_____, remainder to be: ☐ Left on deposit ☐ Other _____

**Distribution Options**

☐ Leave funds on deposit
☐ Purchase annuity
☒ Lump sum distribution
☐ Partial distribution
☐ In-kind distribution of any employer stock *(distribution will be in full shares only; partial shares will be paid in cash)*
  Deposit Transfer Corp. No. *(from new financial institution so stock can be transferred without issuing certificates)*

☐ Flexible Distribution Options *(available if leaving funds on deposit)*
  ☐ Fixed Payment $_____ (amount)
  ☐ Fixed Payment over _____ years
  ☐ Life Expectancy ☐ Single ☐ Joint *(proof of spouse's age required)*
  Payment commencement month: _____
  Payment frequency:
  ☐ Monthly ☐ Quarterly ☐ Semi-Annual ☐ Annual

Note: Please refer to your Summary Plan Description or contact your Plan Administrator for more information regarding the distribution options that are available under the plan

**Payment Options**

☒ Check   or   ☐ Wire transfer *(Complete information below only if wire transfer option is selected. Option available only for lump sum or partial distribution of at least $5,000. Any distribution less than $5,000 will be processed in the form of a check.)*

ABA No.: ☐☐☐☐☐☐☐☐☐
Institution Name: _____
Institution Address: _____
Account Name: _____
Account No: _____
"Further Credit To" Institution Name: _____
*(For wire to credit union or overseas bank call Transamerica for additional information)*

Note: If one of the above payment options is not selected, this distribution will be processed in the form of a check

Form No. 2220-TA (rev. 2/05) (Page 1 of 2)   Transamerica Plans



**Section D. Outstanding Loan Options** (if applicable)

For any outstanding loan(s) at the time of my termination of employment/retirement, I elect to:

☐ Pay off the loan(s). *(Call Transamerica to verify loan payoff amount and procedure prior to submitting this form.)*

☐ Continue loan repayments via loan coupons. *(Available if funds are left on deposit and if allowed by the plan. Call Transamerica for further information.)*

☐ Default the loan(s). I understand that a taxable distribution will be reported to the IRS as indicated in the Special Tax Notice Regarding Plan Payments.

*Note: If one of the above options is not selected, any outstanding loan(s) will be automatically defaulted in accordance with federal regulations.*

**Section E. Tax Withholding Election**

**Mandatory Federal Income Tax Withholding** – If this distribution is an eligible rollover distribution, 20% mandatory federal income tax withholding applies unless the distribution is paid as a direct rollover to an eligible retirement plan or IRA.

**Optional Federal Income Tax Withholding** – If this distribution is not an eligible rollover distribution, 10% federal income tax will be withheld unless you elect otherwise. If this distribution is subject to the 20% mandatory federal income tax withholding, do not check below since it does not apply.

☐ Do not withhold 10% optional federal income tax

**State Income Tax Withholding** – Withholding is mandatory in some states. Other states allow an independent election and in these states, state tax will be withheld unless you elect otherwise.

☐ Do not withhold state income tax (if independent election is permitted)

**Section F. Participant Signature**

*Please note: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim from a group annuity contract issued in New York containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation. States other than New York also have insurance fraud statutes, which impose penalties for any violation thereof.*

**For Married Participants:** I elect to waive qualified joint and survivor benefits (if applicable) with respect to the amount to be withdrawn from the plan. I understand that this waiver is not effective without the written consent (if applicable) of my spouse, witnessed by my Plan Administrator or a Notary Public.

**For All Participants:** I understand that I may have to report this distribution to the IRS and pay appropriate income taxes on the taxable portion not rolled over. I have received and read the Special Tax Notice Regarding Plan Payments. I certify that the information provided on this form is correct and complete.

X _____[signature]_____ 9-6-07 _____ JOHN PHAM _____
   Participant Signature        Date        Print Name and Social Security Number

**Section G. Spousal Consent** (if applicable)

I consent to my spouse's waiver of joint and survivorship benefits with respect to the amount to be withdrawn from the plan. I understand that this consent means that I will not receive any survivor benefits under this plan upon my spouse's death with respect to this amount. I understand that I do not have to consent to the waiver of this qualified joint and survivor annuity coverage, however, if I do consent by signing below, I may not revoke my consent.

                                                    WITNESSED

X _____[signature]_____ 9-6-07  X _____ _____
   Spouse Signature       Date    Plan Administrator Signature or Notary Public Signature and Stamp/Seal   Date

**Section H. Plan Administrator Information and Signature**

Vested %: 100%    Employment status:  ☒ Terminated  9/4/07     ☐ Retired _____
                                        Termination Date                  Retirement Date

Have all contributions been remitted?  ☒ Yes  ☐ No

Period end date of final contribution  6/30/07    *(Processing will be delayed until final contribution is received.)*

*Note: This distribution request cannot be processed unless all applicable sections of this form have been completed.*

I certify that the information provided on this form is correct and complete, this transaction is permissible under the plan, and that any required consents and waivers have been obtained.

X _____[signature]_____ 9/10/07
   Plan Administrator Signature   Date

Form No. 2220-TA (rev. 2/05) (Page 2 of 2)    Transamerica Plans

