Ronald S. Kravitz, Esq. (SBN: 129704)
    rkravitz@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Teri T. Pham, Esq. (SBN: 193383)
    tpham@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiffs
MAI CHRISTINA PHAM, JOHN PHAM,
MAI NGUYEN, and HUNG PERRY NGUYEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mai Christina Pham, John Pham, Mai Nguyen, and Hung Perry Nguyen,<br><br>Plaintiffs,<br><br>vs.<br><br>ComUnity Lending Inc., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-05436 JW (HRLx)<br><br>**DECLARATION OF MAI NGUYEN** |

I, Mai Nguyen, declare as follows:

1.  I am a plaintiff in this action, and am a former employee of ComUnity Lending, Inc. ("ComUnity"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2.  My employment with ComUnity was terminated on October 12, 2007.

---

1                                                            Case No. C07-05436 JW (HRLx)
DECLARATION OF MAI NGUYEN

0036012/001/ 369119v.02

3.    As an employee of ComUnity, I was a participant in ComUnity's deferred compensation plan ("the Plan"). On September 4, 2007, ComUnity announced that it was terminating the Plan.

4.    Following the termination of the Plan, I filled out and submitted a Distribution Request form to Transamerica to request a lump sum distribution to me of my fully-vested account balance. A true and correct copy of my redacted Distribution Request form is attached to this Declaration as Exhibit A.

5.    I subsequently learned that at the direction of ComUnity, Transamerica had distributed my funds to ComUnity. At the time of the distribution to ComUnity, my Plan accounts had balances of $24,956.72 and $237,163.75.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of October 2007, in Huntington Beach, California.

/s/Mai Nguyen
Mai Nguyen