# Exhibit A

10/11/2007 12:20 PM PAGE 1/002
Central Standard Time

DEC. 29. 2006  5:07PM  7148413862         JMAC                NO. 4120   P. 11
                                                                         83/84

# TRANSAMERICA RETIREMENT SERVICES

**Nonqualified Deferred Compensation Plan**
**Future Termination Distribution Election**

## Instructions

Complete all applicable sections of this Form and return it to your Employer. Please keep a copy of this completed Form for your records.

### SECTION A. Employer Information

Company/Employer Name: **Com Unity Lending, Inc.**

☐ Initial Election   ☐ Change of Prior Election

Account No. ▓▓▓   Affiliate No. ▓▓▓   Division No. ☐☐☐☐

### SECTION B. Participant Information

Social Security No. ▓▓▓   Date of Birth (MM-DD-YYYY): 11-27-1970   Date of Hire (MM-DD-YYYY): 11-27-1970   Marital Status: ☐ Married ☒ Single/Unmarried

Last Name: **NGUYEN**   First Name/Middle Initial: **MAI, T**

Mailing Address/Apt. No. ▓▓▓   Phone No. ▓▓▓   Ext. (If any) ☐☐☐☐

City ▓▓▓   State ▓▓▓   Zip Code ▓▓▓   E-Mail Address: **MAI@SHACLENDING.COM**

### SECTION C. Distribution Election

I request that future distributions of my deferred compensation (in general, for the year following the year I sign the agreement) be processed in the following manner at termination of employment (Note: Not all options may be available under your plan; for further information on options offered under your plan, please see your Employer):

☐ Single sum distribution   ☒ Annual installment payments over __5__ (whole) years* (5 years maximum)

Note: In accordance with IRC Section 409A, the form of distribution must be specified (and elected) under the plan at the date of the deferral of such compensation. Availability of the above options and ability to change the form of payment may depend on plan provisions and Section 409A. (See Section D below for information on restrictions under Section 409A for changing your election). Your plan may contain an automatic cash-out provision and/or it may limit your options upon termination.

Distributions may be delayed for a period of 6 months after a distribution date if you are deemed to be a "key employee" as defined in Section 409A.

My distribution election applies to all of my deferred compensation in the current and future years deferred compensation unless I affirmatively make a new election.

If I am first eligible as of 2007 or later, my distribution will be paid in a single sum distribution.

### SECTION D. Change of Prior Election

I revoke my existing election and request that future distributions of deferred compensation be processed in the following manner at termination of employment (Note: Not all options may be available under your plan; for further information on options offered under your plan, please see your Employer):

☐ Single sum distribution   ☐ Annual installment payments over _____ (whole) years* (5 years maximum)

Note: In accordance with IRC Section 409A, the form of distribution must be specified (and elected) under the plan at the date of the deferral of such compensation. Availability of the above options and ability to change the form of payment may depend on plan provisions and Section 409A. Your plan may contain an automatic cash-out provision and/or it may limit your options upon termination. A subsequent election to delay or make a change in the form of payment is subject to the following rules for distributions that are scheduled to commence prior to 2008 as well as changes that are made after 2007:

- Such election cannot be effective for at least 12 months after the date in which the election is made.
- Except in the case of distributions due to death, disability, or an unforeseen emergency, the new date of payment will be 5 years from the date the payment would otherwise have been made, and
- An election related to a distribution to be made upon a specified time or pursuant to a fixed schedule may not be made less than 12 months prior to the date of the first scheduled payment in the most recent election.

Distributions may be delayed for a period of 6 months after a distribution date if you are deemed to be a "key employee" as defined in Section 409A.

My distribution election applies to all of my deferred compensation in the prior, current and future years deferred compensation unless I affirmatively make a new election.

If I am first eligible as of 2007 or later, my distribution will be paid in a single sum distribution.

Form No. TRANS-TA (TR-3107) Rev. 1 08   Page 1 of 2         NQDC Plan-Evergreen

10/11/2007 12:20 PM   PAGE   2/002
Central Standard Time

DEC 29. 2006  5:07PM  7148413862           JMAC                    NO. 4120   P. 12
                                                                              04/04

### SECTION E. In-Service Withdrawal (complete Form Number 3294)

If provided in my plan, I must elect any in-service withdrawals for deferred compensation at the same time I am making an election for my deferred compensation. If I do not make an in-service withdrawal election, I will not be entitled to receive an in-service withdrawal. To make such elections, complete Form 3294.

### SECTION F. IRC Section 409A Disclaimer

I hereby acknowledge that the plan is subject to, and may be amended or restated to conform with, the American Jobs Creation Act of 2004 (IRC Section 409A) with regard to my compensation (and earnings thereon) deferred (generally earned and vested) after December 31, 2004. I further acknowledge that Section 409A imposes certain requirements with respect to the deferral and payment of such deferred amounts and the failure of my deferral or distribution elections to conform with such requirements may result in immediate taxation (including interest and a 20% penalty) of amounts deferred after December 31, 2004 (end of amounts deferred prior to such date that are subject to a plan material modification, if any). If permitted under IRS guidance, I will make such modifications to such elections, in order to conform such elections with IRC Section 409A's requirements and with the provisions of an amended, new or restated plan.

### SECTION G. Signatures

I agree to the terms of the plan. I am aware that amounts deferred under this type of plan are included in my employer's general assets. I understand that this election must be executed prior to the calendar year in which the income to be deferred is earned (or if provided in the plan, within 30 days of my initial eligibility). I understand that upon termination of my employment, my account will be distributed according to my election made prior to my termination and according to the terms of the plan. I understand that a withdrawal from this plan is subject to IRS reporting and withholding in accordance with IRS guidelines. I certify that the information provided on this form is correct and complete.

MAI NGUYEN
_____
Participant Name

X _____ [signature] _____    12.29.06
Participant Signature              Date

I understand that a withdrawal from this plan is subject to IRS reporting and withholding in accordance with IRS guidelines. I certify that this election is permissible under the provisions of the plan, and that the information provided on this form is correct and complete.

Community Lending
_____
Employer Name/Account Number

X _____ [signature] _____    12/29/06
Employer Signature                 Date

10/11/2007 12:24 PM    PAGE    1/002    Central Standard Time

# TRANSAMERICA RETIREMENT SERVICES
4333 Edgewood Road NE
Cedar Rapids, IA 52499
877-234-0205
www.ta-retirement.com

## Distribution Request
### Termination of Employment/Retirement

**Instructions**

To request a distribution, complete all applicable sections of this form, obtain any required signatures, and return the form to Transamerica at the above address. Do not use this form to request a direct rollover to an IRA or an eligible retirement plan; instead complete a Direct Rollover Request (Form No. 2214-TA), or log on to www.ta-retirement.com for forms and information on rolling over your account balance to a Transamerica IRA.

**Section A. Employer Information**

Company/Employer Name: Com Unity Lending Inc.
Contract/Account No.: [redacted]    Affiliate No.: [redacted]    Division No.: [redacted]

**Section B. Participant Information**

Last Name: NGUYEN
First Name/MI: MAI
Mailing Address: [redacted]
City: [redacted]
Zip Code: [redacted]
Phone No./Ext.: [redacted]
E-mail Address: mai.nguyen@comunitylending.com   MAI@ JNACLENDING.COM
Date of Birth: 11-29-70
Social Security No.: [redacted]
State: [redacted]

**Section C. Distribution Information**

Reason for distribution: ☒ Termination of employment    ☐ Retirement
Amount of distribution: ☒ 100%   or ☐ $_____, remainder to be: ☐ Left on deposit ☐ Other_____

**Distribution Options**

☐ Leave funds on deposit
☐ Purchase annuity
☒ Lump sum distribution
☐ Partial distribution
☐ In-kind distribution of any employer stock (distribution will be in full shares only; partial shares will be paid in cash)
   Deposit Transfer Corp. No. (if no new financial institution, no stock can be transferred without issuing certificates)

☐ Flexible Distribution Options (available if leaving funds on deposit)
   ☐ Fixed Payment $_____ (amount)
   ☐ Fixed Payment over _____ years
   ☐ Life Expectancy  ☐ Single  ☐ Joint (proof of spouse's age required)
   Payment commencement month: _____
   Payment frequency:
   ☐ Monthly   ☐ Quarterly   ☐ Semi-Annual   ☐ Annual

*Note: Please refer to your Summary Plan Description or contact your Plan Administrator for more information regarding the distribution options that are available under the plan.*

**Payment Options**

☒ Check   or   ☐ Wire transfer (Complete information below only if wire transfer option is selected. Option available only for lump sum or partial distribution of at least $5,000. Any distribution less than $5,000 will be processed in the form of a check.)

ABA No.: ☐☐☐☐☐☐☐☐☐
Institution Name: _____
Institution Address: _____
Account Name: _____
Account No.: _____
"Further Credit To" Institution Name: _____
(For wire to credit union or overseas bank, call Transamerica for additional information.)

*Note: If one of the above payment options is not selected, this distribution will be processed in the form of a check.*

Form No. 2270-TA (rev. 3/05) (Page 1 of 2)    Transamerica Plans

Section D. Outstanding Loan Options (if applicable)

For any outstanding loan(s) at the time of my termination of employment/retirement, I elect to:

☐ Pay off the loan(s). *(Call Transamerica to verify loan payoff amount and procedure prior to submitting this form.)*

☐ Continue loan repayments via loan coupons. *(Available if funds are left on deposit and if allowed by the plan. Call Transamerica for further information.)*

☐ Default the loan(s). *I understand that a taxable distribution will be reported to the IRS as indicated in the Special Tax Notice Regarding Plan Payments.*

*Note: If one of the above options is not selected, any outstanding loan(s) will be automatically defaulted in accordance with federal regulations.*

Section E. Tax Withholding Election

**Mandatory Federal Income Tax Withholding** – If this distribution is an eligible rollover distribution, 20% mandatory federal income tax withholding applies unless the distribution is paid as a direct rollover to an eligible retirement plan or IRA.

**Optional Federal Income Tax Withholding** – If this distribution is not an eligible rollover distribution, 10% federal income tax will be withheld unless you elect otherwise. If this distribution is subject to the 20% mandatory federal income tax withholding, do not check below since it does not apply.

☐ Do not withhold 10% optional federal income tax

**State Income Tax Withholding** – Withholding is mandatory in some states. Other states allow an independent election and in these states, state tax will be withheld unless you elect otherwise.

☐ Do not withhold state income tax (if independent election is permitted)

Section F. Participant Signature

*Please note: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim from a group annuity contract issued in New York, containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation. States other than New York also have insurance fraud statutes, which impose penalties for any violation thereof.*

**For Married Participants:** I elect to waive qualified joint and survivor benefits (if applicable) with respect to the amount to be withdrawn from the plan. I understand that this waiver is not effective without the written consent (if applicable) of my spouse, witnessed by my Plan Administrator or a Notary Public.

**For All Participants:** I understand that I may have to report this distribution to the IRS and pay appropriate income taxes on the taxable portion not rolled over. I have received and read the Special Tax Notice Regarding Plan Payments. I certify that the information provided on this form is correct and complete.

X _____  _____  MAI NGUYEN ▓▓▓▓▓▓
   Participant Signature    Date          Print Name and Social Security Number

Section G. Spousal Consent (if applicable)

I consent to my spouse's waiver of joint and survivorship benefits with respect to the amount to be withdrawn from the plan. I understand that this consent means that I will not receive any survivor benefits under this plan upon my spouse's death with respect to this amount. I understand that I do not have to consent to the waiver of this qualified joint and survivor annuity coverage, however, if I do consent by signing below, I may not revoke my consent.

WITNESSED

X _____  _____   X _____  _____
   Spouse Signature      Date            Plan Administrator Signature or Notary Public Signature and Stamp/Seal   Date

Section H. Plan Administrator Information and Signature

Vested %: 100%  Employment status: ☒ Terminated  9/4/07   ☐ Retired _____
                                                 Termination Date              Retirement Date

Have all contributions been remitted? ☒ Yes ☐ No

Period and date of final contribution  6/30/07   *(Processing will be delayed until final contribution is received.)*

*Note: This distribution request cannot be processed unless all applicable sections of this form have been completed.*

I certify that the information provided on this form is correct and complete, this transaction is permissible under the plan, and that any required consents and waivers have been obtained.

X _____  9/10/07
   Plan Administrator Signature    Date



Form No. 2220-TA (rev. 2/05) (Page 2 of 2)    Transamerica Plans