1  Ronald S. Kravitz, Esq. (SBN: 129704)
   rkravitz@linerlaw.com
2  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
3  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
4  Telephone: (415) 489-7700
   Facsimile: (415) 489-7701
5
   Teri T. Pham, Esq. (SBN: 193383)
6     tpham@linerlaw.com
   LINER YANKELEVITZ
7  SUNSHINE & REGENSTREIF LLP
   1100 Glendon Avenue, 14th Floor
8  Los Angeles, California 90024-3503
   Telephone: (310) 500-3500
9  Facsimile: (310) 500-3501

10 Attorneys for Plaintiffs
   MAI CHRISTINA PHAM, JOHN PHAM,
11 MAI NGUYEN, and HUNG PERRY NGUYEN

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | Mai Christina Pham, John Pham, Mai Nguyen, | Case No. C07-05436 JW (HRLx) |
   | and Hung Perry Nguyen, | |
16 | | **DECLARATION OF HUNG PERRY** |
   | Plaintiffs, | **NGUYEN** |
17 | | |
   | vs. | |
18 | | |
   | ComUnity Lending Inc., a California corporation; | |
19 | and DOES 1 through 10, inclusive, | |
   | | |
20 | Defendants. | |

21

22

23

24         I, Hung Perry Nguyen, declare as follows:

25         1.      I am a plaintiff in this action, and am a former employee of ComUnity Lending, Inc.

26 ("ComUnity"). I have personal knowledge of the facts stated herein, and if called as a witness, I

27 could and would competently testify thereto.

28         2.      My employment with ComUnity was terminated on October 12, 2007.

                                            1                    Case No. C07-05436 JW (HRLx)
                              DECLARATION OF HUNG PERRY NGUYEN
0036012/001/ 369120v.02

3. As an employee of ComUnity, I was a participant in ComUnity's deferred compensation plan ("the Plan"). On September 4, 2007, ComUnity announced that it was terminating the Plan.

4. Following the termination of the Plan, I filled out and submitted a Distribution Request form to Transamerica to request a lump sum distribution to me of my fully-vested account balance. A true and correct copy of my redacted Distribution Request form is attached to this Declaration as Exhibit A.

5. I subsequently learned that at the direction of ComUnity, Transamerica had distributed my funds to ComUnity. At the time of the distribution to ComUnity, my Plan accounts had balances of $123,906.43 and $90,535.25.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of October 2007, in Huntington Beach, California.

/s/ Hung Perry Nguyen
Hung Perry Nguyen