# Exhibit A

10/10/2007 12:42 PM    PAGE    1/002    Central Standard Time

# TRANSAMERICA RETIREMENT SERVICES

4333 Edgewood Road NE
Cedar Rapids, IA 52499
877-234-0299
www.ta-retirement.com

**Distribution Request**
**Termination of Employment/Retirement**

## Instructions

To request a distribution, complete all applicable sections of this form, obtain any required signatures, and return the form to Transamerica at the above address. Do not use this form to request a direct rollover to an IRA or an eligible retirement plan; instead complete a Direct Rollover Request (Form No. 2214-TA), or log on to www.ta-retirement.com for forms and information on rolling over your account balance to a Transamerica IRA.

### Section A. Employer Information

Company/Employer Name: Com Unity Lending Inc.
Contract/Account No.: [redacted]    Affiliate No.: [redacted]    Division No.: [redacted]

### Section B. Participant Information

Last Name: NGUYEN
First Name/MI: HUNG PERRY
Mailing Address: [redacted]
City: [redacted]    State: [redacted]
Zip Code: [redacted]
Phone No./Ext.: [redacted]
Date of Birth: 11-08-72
Social Security No.: [redacted]
E-mail Address: ~~ALLPLAYINGHIGH@YAHOO.COM~~ flight360clear@yahoo.com

### Section C. Distribution Information

Reason for distribution: [X] Termination of employment    [ ] Retirement
Amount of distribution: [X] 100%  or  [ ] $_____ , remainder to be: [ ] Left on deposit  [ ] Other _____

**Distribution Options**

[ ] Leave funds on deposit
[ ] Purchase annuity
[X] Lump sum distribution
[ ] Partial distribution
[ ] In-kind distribution of any employer stock (distribution will be in full shares only; partial shares will be paid in cash)
[ ][ ][ ][ ] Deposit Transfer Corp. No. (from new financial institution, so stock can be transferred without issuing certificates)

[ ] Flexible Distribution Options (available if leaving funds on deposit)
[ ] Fixed Payment $_____ (amount)
[ ] Fixed Payment over _____ years
[ ] Life Expectancy  [ ] Single  [ ] Joint (proof of spouse's age required)
Payment commencement month: _____
Payment frequency:
[ ] Monthly  [ ] Quarterly  [ ] Semi-Annual  [ ] Annual

*Note: Please refer to your Summary Plan Description or contact your Plan Administrator for more information regarding the distribution options that are available under the plan.*

**Payment Options**

[X] Check  or  [X]~~Wire transfer~~ (Complete information below only if wire transfer option is selected. Option available only for lump sum or partial distribution of at least $5,000. Any distribution less than $5,000 will be processed in the form of a check.)

ABA No.: ~~[ ][ ][ ][ ][ ][ ][ ][ ][ ]~~
Institution Name: _____
Institution Address: _____
Account Name: _____
Account No.: _____
"Further Credit To" Institution Name
(For wire to credit union or overseas bank, call Transamerica for additional information.)

*Note: If one of the above payment options is not selected, this distribution will be processed in the form of a check.*

Form No. 2220-TA (rev. 2/05) (Page 1 of 2)    Transamerica Plans

### Section D. Outstanding Loan Options (if applicable)

For any outstanding loan(s) at the time of my termination of employment/retirement, I elect to:

☐ Pay off the loan(s). *(Call Transamerica to verify loan payoff amount and procedure prior to submitting this form.)*

☐ Continue loan repayments via loan coupons. *(Available if funds are left on deposit and if allowed by the plan. Call Transamerica for further information.)*

☐ Default the loan(s). I understand that a taxable distribution will be reported to the IRS as indicated in the Special Tax Notice Regarding Plan Payments.

*Note: If one of the above options is not selected, any outstanding loan(s) will be automatically defaulted in accordance with federal regulations.*

### Section E. Tax Withholding Election

**Mandatory Federal Income Tax Withholding** - If this distribution is an eligible rollover distribution, 20% mandatory federal income tax withholding applies unless the distribution is paid as a direct rollover to an eligible retirement plan or IRA.

**Optional Federal Income Tax Withholding** - If this distribution is not an eligible rollover distribution, 10% federal income tax will be withheld unless you elect otherwise. If this distribution is subject to the 20% mandatory federal income tax withholding, do not check below since it does not apply.

☐ Do not withhold 10% optional federal income tax

**State Income Tax Withholding** - Withholding is mandatory in some states. Other states allow an independent election and in these states, state tax will be withheld unless you elect otherwise.

☐ Do not withhold state income tax (if independent election is permitted)

### Section F. Participant Signature

*Please note: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim from a group annuity contract issued in New York, containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation. States other than New York also have insurance fraud statutes, which impose penalties for any violation thereof.*

**For Married Participants:** I elect to waive qualified joint and survivor benefits (if applicable) with respect to the amount to be withdrawn from the plan. I understand that this waiver is not effective without the written consent (if applicable) of my spouse, witnessed by my Plan Administrator or a Notary Public.

**For All Participants:** I understand that I may have to report this distribution to the IRS and pay appropriate income taxes on the taxable portion not rolled over. I have received and read the Special Tax Notice Regarding Plan Payments. I certify that the information provided on this form is correct and complete.

X _[signature]_    9-06-07    Hung Nguyen    ▓▓▓▓▓▓▓
  Participant Signature            Date         Print Name and Social Security Number

### Section G. Spousal Consent (if applicable)

I consent to my spouse's waiver of joint and survivorship benefits with respect to the amount to be withdrawn from the plan. I understand that this consent means that I will not receive any survivor benefits under this plan upon my spouse's death with respect to this amount. I understand that I do not have to consent to the waiver of this qualified joint and survivor annuity coverage, however, if I do consent by signing below, I may not revoke my consent.

WITNESSED

X _____    X _____
  Spouse Signature    Date      Plan Administrator Signature or Notary Public Signature and Stamp/Seal    Date

### Section H. Plan Administrator Information and Signature

Vested %: **100%**    Employment status: ☒ Terminated **9/4/07**    ☐ Retired _____
                                              Termination Date              Retirement Date

Have all contributions been remitted?  ☒ Yes  ☐ No

Period end date of final contribution **6/30/07**    *(Processing will be delayed until final contribution is received.)*

*Note: This distribution request cannot be processed unless all applicable sections of this form have been completed.*

I certify that the information provided on this form is correct and complete, this transaction is permissible under the plan, and that any required consents and waivers have been obtained.

X _[signature]_    9/10/07
  Plan Administrator Signature    Date



Form No. 2220-TA (rev. 2/05) (Page 2 of 2)    Transamerica Plans

**TRANSAMERICA RETIREMENT SERVICES**
4333 Edgewood Road NE
Cedar Rapids, IA 52499
877-734-6293
www.ta-retirement.com

**Distribution Request**
**Termination of Employment/Retirement**

**Instructions**

To request a distribution, complete all applicable sections of this form, obtain any required signatures, and return the form to Transamerica at the above address. Do not use this form to request a direct rollover to an IRA or an eligible retirement plan; instead complete a Direct Rollover Request (Form No 2214-TA), or log on to www.ta-retirement.com for forms and information on rolling over your account balance to a Transamerica IRA.

**Section A. Employer Information**

Company/Employer Name: Com Unity Lending Inc.
Contract/Account No: [redacted]    Affiliate No: [redacted]    Division No: [redacted]

**Section B. Participant Information**

Last Name: NGUYEN    Date of Birth: 11-08-72
First Name/MI: HUNG PERRY    Social Security No: [redacted]
Mailing Address: [redacted]
City: [redacted]    State: [redacted]
Zip Code: [redacted]
Phone No./Ext: [redacted]
E-mail Address: flight360clear@yahoo.com

**Section C. Distribution Information**

Reason for distribution: ☒ Termination of employment    ☐ Retirement
Amount of distribution: ☒ 100% or ☐ $_____, remainder to be: ☐ Left on deposit ☐ Other _____

**Distribution Options**

☐ Leave funds on deposit
☐ Purchase annuity
☒ Lump sum distribution
☐ Partial distribution
☐ In-kind distribution of any employer stock *(distribution will be in full shares only; partial shares will be paid in cash)*
   Deposit Transfer Corp. No. *(from new financial institution, so stock can be transferred without issuing certificates)*

☐ Flexible Distribution Options *(available if leaving funds on deposit)*
   ☐ Fixed Payment $_____ (amount)
   ☐ Fixed Payment over _____ years
   ☐ Life Expectancy ☐ Single ☐ Joint *(proof of spouse's age required)*
   Payment commencement month: _____
   Payment frequency:
   ☐ Monthly ☐ Quarterly ☐ Semi-Annual ☐ Annual

*Note: Please refer to your Summary Plan Description or contact your Plan Administrator for more information regarding the distribution options that are available under the plan.*

**Payment Options**

☒ Check   or   ☒ Wire transfer *(Complete information below only if wire transfer option is selected. Option available only for lump sum or partial distribution of at least $5,000. Any distribution less than $5,000 will be processed in the form of a check.)*

ABA No. [crossed out]
Institution Name
Institution Address
Account Name
Account No
"Further Credit To" Institution Name _____
*(For wire to credit union or overseas bank, call Transamerica for additional information.)*

*Note: If one of the above payment options is not selected, this distribution will be processed in the form of a check.*

Form No. 2220-TA (rev. 2/05) (Page 1 of 2)    Transamerica Plans

Section D. Outstanding Loan Options (if applicable)

For any outstanding loan(s) at the time of my termination of employment/retirement, I elect to:

☐ Pay off the loan(s). *(Call Transamerica to verify loan payoff amount and procedure prior to submitting this form.)*

☐ Continue loan repayments via loan coupons. *(Available if funds are left on deposit and if allowed by the plan. Call Transamerica for further information.)*

☐ Default the loan(s). I understand that a taxable distribution will be reported to the IRS as indicated in the Special Tax Notice Regarding Plan Payments.

*Note: If one of the above options is not selected, any outstanding loan(s) will be automatically defaulted in accordance with federal regulations.*

Section E. Tax Withholding Election

**Mandatory Federal Income Tax Withholding** - If this distribution is an eligible rollover distribution, 20% mandatory federal income tax withholding applies unless the distribution is paid as a direct rollover to an eligible retirement plan or IRA.

**Optional Federal Income Tax Withholding** - If this distribution is not an eligible rollover distribution, 10% federal income tax will be withheld unless you elect otherwise. If this distribution is subject to the 20% mandatory federal income tax withholding, do not check below since it does not apply

☐ Do not withhold 10% optional federal income tax

**State Income Tax Withholding** - Withholding is mandatory in some states. Other states allow an independent election and in these states, state tax will be withheld unless you elect otherwise

☐ Do not withhold state income tax (if independent election is permitted)

Section F. Participant Signature

*Please note: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim from a group annuity contract issued in New York, containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation. States other than New York also have insurance fraud statutes, which impose penalties for any violation thereof.*

**For Married Participants:** I elect to waive qualified joint and survivor benefits (if applicable) with respect to the amount to be withdrawn from the plan. I understand that this waiver is not effective without the written consent (if applicable) of my spouse, witnessed by my Plan Administrator or a Notary Public.

**For All Participants:** I understand that I may have to report this distribution to the IRS and pay appropriate income taxes on the taxable portion not rolled over. I have received and read the Special Tax Notice Regarding Plan Payments. I certify that the information provided on this form is correct and complete.

X _[signature]_  9-06-07  Hung Nguyen  _[redacted]_
  Participant Signature    Date    Print Name and Social Security Number

Section G. Spousal Consent (if applicable)

I consent to my spouse's waiver of joint and survivorship benefits with respect to the amount to be withdrawn from the plan. I understand that this consent means that I will not receive any survivor benefits under this plan upon my spouse's death with respect to this amount. I understand that I do not have to consent to the waiver of this qualified joint and survivor annuity coverage, however, if I do consent by signing below, I may not revoke my consent.

WITNESSED

X _____    X _____
  Spouse Signature    Date    Plan Administrator Signature or Notary Public Signature and Stamp/Seal    Date

Section H. Plan Administrator Information and Signature

Vested %: 100%   Employment status: ☒ Terminated 9/4/07    ☐ Retired _____
                                    Termination Date              Retirement Date

Have all contributions been remitted? ☒ Yes ☐ No

Period end date of final contribution 6/30/07   *(Processing will be delayed until final contribution is received)*

*Note: This distribution request cannot be processed unless all applicable sections of this form have been completed.*

I certify that the information provided on this form is correct and complete, this transaction is permissible under the plan, and that any required consents and waivers have been obtained.

X _[signature]_  9/10/07
  Plan Administrator Signature    Date

Form No. 2220-TA (rev. 2/05) (Page 2 of 2)   Transamerica Plans