Ronald S. Kravitz, Esq. (SBN: 129704)
  rkravitz@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Teri T. Pham, Esq. (SBN: 193383)
  tpham@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiffs
MAI CHRISTINA PHAM, JOHN PHAM,
MAI NGUYEN, and HUNG PERRY NGUYEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mai Christina Pham, John Pham, Mai Nguyen, and Hung Perry Nguyen,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ComUnity Lending Inc., a California corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. C07-05436 JW (HRL)<br><br>**[PROPOSED] ORDER RE EX PARTE APPLICATION FOR WRIT OF ATTACHMENT** |

Having read and considered the ex parte application of plaintiffs Mai Christina Pham, John Pham, Mai Nguyen and Hung Perry Nguyen for issuance of an immediate writ of attachment, or in the alternative, for a temporary protective order and order to show cause re issuance of right to attach order, good cause appearing therefore, the Court orders as follows:

1. Plaintiffs' ex parte application is GRANTED.

2. [Plaintiffs are authorized to attach any and all monies in the possession of ComUnity Lending, Inc. or in any account maintained by ComUnity Lending, Inc.

1  in an amount not less than $3,835,119.  The United States Marshall or any local or State law enforcement officer is authorized to serve this Writ and attach such monies in accordance with the California Code of Civil Procedure.]

or

3. [Defendant ComUnity Lending, Inc. shall appear before this Court on November ___, 2007 at _____ a.m. in Courtroom ___ to show cause why a Writ of Attachment should not issue during the pendency of this action. All opposition papers, if any, shall be filed and served personally or by facsimile on counsel for the plaintiffs not later than 4:00 p.m. on November ___, 2007. Any reply papers shall be filed and served personally or by facsimile on defendant ComUnity Lending, Inc., or on its counsel (if such counsel has appeared) not later than 4:00 p.m. on November ___, 2007.

4. Defendant ComUnity Lending, Inc. and its agents and representatives are enjoined and restrained from using, depleting, transferring or in any way encumbering any monies distributed from its employee deferred compensation plan until such hearing.]

IT IS SO ORDERED.

Dated: _____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE