1  Ronald S. Kravitz, Esq. (SBN: 129704)
      rkravitz@linerlaw.com
2  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
3  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
4  Telephone: (415) 489-7700
   Facsimile: (415) 489-7701
5
   Teri T. Pham, Esq. (SBN: 193383)
6     tpham@linerlaw.com
   LINER YANKELEVITZ
7  SUNSHINE & REGENSTREIF LLP
   1100 Glendon Avenue, 14th Floor
8  Los Angeles, California 90024-3503
   Telephone: (310) 500-3500
9  Facsimile: (310) 500-3501

10 Attorneys for Plaintiffs
   MAI CHRISTINA PHAM, JOHN PHAM,
11 MAI NGUYEN, and HUNG PERRY NGUYEN

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 Mai Christina Pham, John Pham, Mai Nguyen, )   Case No. C07-05436 JW (HRL)
   and Hung Perry Nguyen,                    )
16                                           )   **PROOF OF SERVICE**
              Plaintiffs,                    )
17                                           )
        vs.                                  )
18                                           )
   ComUnity Lending Inc., a California corporation; )
19 and DOES 1 through 10, inclusive,         )
                                             )
20            Defendants.                    )
                                             )
21

22

23

24

25

26

27

28

                                                    Case No. C07-05436 JW (HRL)
                            PROOF OF SERVICE

1   I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Time Machine, 965 Mission Street,
2   Suite 450, San Francisco, CA 94103. On October 30, 2007, I served the within document(s) described as:

3
4   NOTICE OF EMERGENCY EX PARTE APPLICATION FOR WRIT OF ATTACHMENT, OR IN THE ALTERNATIVE, FOR TEMPORARY PROTECTIVE ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF RIGHT TO
5   ATTACH ORDER

6   EMERGENCY EX PARTE APPLICATION FOR WRIT OF ATTACHMENT, OR IN THE ALTERNATIVE, FOR TEMPORARY PROTECTIVE ORDER AND
7   ORDER TO SHOW CAUSE RE ISSUANCE OF RIGHT TO ATTACH ORDER

8   NOTICE OF LODGING COMPLAINT

9   DECLARATION OF TERI T. PHAM

10  DECLARATION OF MAI CHRISTINA PHAM

11  DECLARATION OF JOHN PHAM

12  DECLARATION OF MAI NGUYEN

13  DECLARATION OF HUNG PERRY NGUYEN

14  [PROPOSED] ORDER RE EX PARTE APPLICATION FOR WRIT OF ATTACHMENT
15
    on each interested party in this action as stated below:
16
    Ms. Janene Towner c/o Sandy Knapp
17  ComUnity Lending, Inc.
    610 Jarvis Drive, Suite 200
18  Morgan Hill, CA 95037

19  [X]   (BY PERSONAL SERVICE) I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the offices of the above addressee(s).
20
    I declare under penalty of perjury under the laws of the State of California that the
21  foregoing is true and correct.

22  Executed on October 30, 2007, at San Francisco, California.

23
    MATTHEW CLARK                                         _____
24       (Type or print name)                                    (Signature)
         Time Machine
25
26
27
28

                                    1                          Case No. C07-05436 JW (HRL)
                              PROOF OF SERVICE

1  I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 199 Fremont Street, 20th Floor, San Francisco, CA 94105-2255. On October 30, 2007, I served the above documents on the interested parties in this action as stated below:

Ms. Janene Towner
ComUnity Lending, Inc.
610 Jarvis Drive, Suite 200
Morgan Hill, CA 95037
janene.towner@comunitylending.com

[X]  (BY E-MAIL) By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 30, 2007, at San Francisco, California.

_____Annie Hsia_____           _____(Signature)_____
(Type or print name)

2
PROOF OF SERVICE                    Case No. C07-05436 JW (HRL)