UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 11/6/2007 | **Court Reporter:** Not Reported |
| **Case No:** C-07-05436 JW | **Interpreter:** N/A |

## TITLE

**Pham et al v. ComUnity Lending Inc**

Attorney(s) for Plaintiff(s): Teri Pham
Attorney(s) for Defendant(s): Bob Franklin

## PROCEEDINGS

Telephonic Conference re Plaintiff's Ex Parte Application for Writ of Attachment, or Motion for Temporary Protective Order

## ORDER AFTER HEARING

Telephonic Conference Held. Joint Stipulation due 11/9/2007. The Court set an Order to Show Cause re Writ of Attachment for 11/13/2007 at 11:00 AM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: