IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mai Christina Pham, et al., | NO. C 07-05436 JW |
|       Plaintiffs,   v. | **ORDER SETTING HEARING ON ORDER TO SHOW CAUSE RE WRIT OF ATTACHMENT** |
| ComUnity Lending Inc., et al., | |
|       Defendants. | |

      Before the Court is Plaintiffs' Emergency Ex Parte Application for Writ of Attachment, or In Alternative, Motion for a Temporary Protective Order and Motion for Order to Show Cause Re Issuance of Right to Attach. (See Docket Item Nos. 9, 10.)

      On November 6, 2007, the Court conducted a telephonic conference. Teri Pham, counsel for the Plaintiffs, and Bob Franklin, counsel for the Defendants[1] appeared on behalf of their respective clients. Based on Mr. Franklin's representation that Defendants have sequestered the accounts in dispute and would not disburse those funds, the Court takes no immediate action on Plaintiffs' emergency motion.

      Further, the parties represented that they are in communication and will be meeting this week in an effort to resolve their disputes. The parties shall file a Joint Stipulation regarding their proposed resolution on or before **November 9, 2007.** If a stipulation is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South

---

[1] Mr. Franklin has been retained by Defendants, but has not officially appeared in this case.

First Street, San Jose, CA. on **November 13, 2007 at 11:00 A.M.** to show cause, if any, why the Court should not issue a writ of attachment pursuant to Fed R. Civ. P. 64. Any opposition to the Order to Show Cause shall be filed on or before the hearing date. The hearing will be vacated if the Joint Stipulation is filed by **5 P.M. on November 9, 2007.**

      Plaintiffs shall serve a copy of this Order on Defendants and Mr. Bob Franklin.

Dated: November 6, 2007

JAMES WARE  
United States District Judge

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Ronald Scott Kravitz Rkravitz@LinerLaw.com
Teri Thuy Ngoc Pham tpham@linerlaw.com

3

4  **Dated: November 6, 2007**                    **Richard W. Wieking, Clerk**

5

6                                                  **By:   /s/ JW Chambers</u>
        Elizabeth Garcia
7          Courtroom Deputy**