```
 1  Ronald S. Kravitz, Esq. (SBN: 129704)
       rkravitz@linerlaw.com
 2  LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
 3  199 Fremont Street, 20th Floor
    San Francisco, CA 94105-2255
 4  Telephone: (415) 489-7700
    Facsimile: (415) 489-7701
 5
    Teri T. Pham, Esq. (SBN: 193383)
 6     tpham@linerlaw.com
    LINER YANKELEVITZ
 7  SUNSHINE & REGENSTREIF LLP
    1100 Glendon Avenue, 14th Floor
 8  Los Angeles, California 90024-3503
    Telephone: (310) 500-3500
 9  Facsimile: (310) 500-3501

10  Attorneys for Plaintiffs
    MAI CHRISTINA PHAM, JOHN PHAM,
11  MAI NGUYEN, and HUNG PERRY NGUYEN
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mai Christina Pham, John Pham, Mai Nguyen, and Hung Perry Nguyen,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ComUnity Lending Inc., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C07-05436 JW (HRL)<br><br>**PROOF OF SERVICE** |

---

PROOF OF SERVICE

Case No. C07-05436 JW (HRL)

0036012/001/ 34753v01

1  I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 199 Fremont Street, 20th Floor, San Francisco, CA 94105-2255. On November 7, 2007, I served the within document(s) described as:

3  NOVEMBER 6, 2007 ORDER OF THE COURT

4  on the interested parties in this action as stated below:

Mr. Robert Franklin
Murray & Murray
19400 Stevens Creek Boulevard, Suite 200
Cupertino, California 95014-2526
Counsel for Defendant ComUnity Lending Inc.

Mr. Richard Couch
ComUnity Lending, Inc.
610 Jarvis Drive, Suite 200
Morgan Hill, CA 95037

[X] (BY PERSONAL SERVICE) I delivered a true copy of the foregoing document(s) by hand to the above persons while they were at my business address for a meeting.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 7, 2007, at San Francisco, California.

_____          _____
         Annie Hsia                                    (Signature)
     (Type or print name)