**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI CHRISTINA PHAM, ET AL., | No. C 07-05436 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING ORDER TO SHOW CAUSE HEARING |
| COMUNITY LENDING INC., ET AL., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Order to Show Cause Hearing before Judge James Ware previously noticed for November 13, 2007 at 11:00 AM , has been reset to **November 20, 2007 at 11:30 AM ,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: November 9, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  /s/
Elizabeth Garcia
Courtroom Deputy