## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

***E-FILED*__

### CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 11/20/2007  **Court Reporter:** Summer Clanton
**Case No:** C-07-05587 JW  **Interpreter:** N/A

### TITLE

Pham et al v. ComUnity Lending Inc.

**Attorney(s) for Plaintiff(s):** Ronald Kravitz
**Attorney(s) for Defendant(s):** Richard Couch, Robert Franklin

### PROCEEDINGS

OSC re Plainitffs' Ex Parte Application for Writ of Attachment or in the Alternative Motion for Temporary Protective Order and Motion to Order to Show cause re Issuance of Right to Attach Order.

### ORDER AFTER HEARING

Hearing Held.  The Court heard oral arguments from the parties.  The Court GRANTED the Motion for Temporary Protective Order.  The Court specially set a Motion Hearing for 12/4/2007 at 1:30 PM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: