United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Mai Christina Pham, et al.,

                    Plaintiffs,

        v.

ComUnity Lending Inc., et al.,

                    Defendants.
_____/

NO. C 07-05436 JW

**TEMPORARY PROTECTIVE ORDER**

        Before the Court is Plaintiffs' Emergency Ex Parte Application for Writ of Attachment, or In Alternative, Motion for a Temporary Protective Order and Motion for Order to Show Cause Re Issuance of Right to Attach.  (See Docket Item Nos. 9, 10.)

        On November 20, 2007, the Court conducted a hearing.  Ron Kravitz, counsel for the Plaintiffs, and Bob Franklin, counsel for the Defendants appeared on behalf of their respective clients.  Also present was Richard Couch, President of Defendant, ComUnity Lending Inc.

        For the reasons stated on the record, the Court orders as follows:

(1)     ComUnity Lending Inc. and Richard Couch shall hold all funds associated with the TopHat Deferred Compensation Plan in a separate and sequestered account, to which only Mr. Couch has access, until further direction is provided by the Court.  No money from the TopHat Plan shall be removed, spent, or otherwise transferred for any purpose.

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(2)     The parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, CA. on **December 4, 2007 at 1:30 P.M.** to show cause, if any, why the Court should not issue a Writ of Attachment on the TopHat funds.  Defendants' shall file their opposition brief no later than **November 28, 2007**. Plaintiffs' reply, if any, shall be filed no later than **November 29, 2007**.

Dated:  November 21, 2007

_____
JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ronald Scott Kravitz Rkravitz@LinerLaw.com
Teri Thuy Ngoc Pham tpham@linerlaw.com


**Dated:  November 21, 2007**                          **Richard W. Wieking, Clerk**


                                                        **By:    /s/ JW Chambers            **
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California