JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
DORIS A. KAELIN (162069)
JENNY L. FOUNTAIN (226241)
CHRISTIAN D. JINKERSON (232143)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone:  (650) 852-9000; (408) 907-9200
Facsimile:   (650) 852-9244
Email:  jwmurray@murraylaw.com
Email:  rfranklin@murraylaw.com
Email:  dkaelin@murraylaw.com
Email:  jlfountain@murraylaw.com
Email:  cjinkerson@murraylaw.com

Attorneys for Defendant
ComUnity Lending, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, AND HUNG PERRY NGUYEN<br><br>PLAINTIFFS<br><br>VS.<br><br>COMUNITY LENDING, INCORPORATED, A CALIFORNIA CORPORATION, ETC.<br><br>DEFENDANT. | Case No. C07-05436 JW (HRL)<br><br>**DEFENDANT'S ANSWER TO COMPLAINT FOR BREACH OF CONTRACT; DECLARATORY AND INJUNCTIVE RELIEF** |

Defendant, ComUnity Lending, Incorporated (hereinafter the "Defendant") hereby responds to the COMPLAINT FOR BREACH OF CONTRACT; DECLARATORY AND INJUNCTIVE RELIEF (hereinafter the "Complaint") filed by Plaintiffs Mai Christina Pham, John Pham, Mai Nguyen and Hung Perry Nguyen (hereinafter the "Plaintiffs"), as follows:

1. Answering Paragraph 1 of the Complaint, Defendant states that the allegations contained within this Paragraph constitute legal conclusions, argument or immaterial statements to which no response is required.  To the extent an answer is required, Defendant denies each and every

allegation contained therein.

2. Answering Paragraph 2 of the Complaint, Defendant states that the allegations contained within this Paragraph constitute legal conclusions, argument or immaterial statements to which no response is required. To the extent an answer is required, Defendant denies each and every allegation contained therein.

3. Answering Paragraph 3 of the Complaint, Defendant states that the allegations contained within this Paragraph constitute legal conclusions, argument or immaterial statements to which no response is required. To the extent an answer is required, Defendant denies each and every allegation contained therein.

4. Answering Paragraph 4 of the Complaint, Defendant states that the allegations contained within this Paragraph constitute legal conclusions, argument or immaterial statements to which no response is required. To the extent an answer is required, Defendant denies each and every allegation contained therein.

5. Answering Paragraph 5 of the Complaint, Defendant states that the allegations contained within this Paragraph constitute legal conclusions, argument or immaterial statements to which no response is required. To the extent an answer is required, Defendant denies each and every allegation contained therein.

6. Answering Paragraph 6 of the Complaint, Defendant states that the allegations contained within this Paragraph constitute legal conclusions, argument or immaterial statements to which no response is required. To the extent an answer is required, Defendant denies each and every allegation contained therein.

7. Answering Paragraph 7 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

8. Answering Paragraph 8 of the Complaint, Defendant admits that ComUnity is a California corporation. Except as expressly admitted, Defendant denies each and every remaining allegation contained therein.

1   9. Answering Paragraph 9 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

10. Answering Paragraph 10 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

11. Answering Paragraph 11 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

12. Answering Paragraph 12 of the Complaint, Defendant denies each and every allegation contained therein.

13. Answering Paragraph 13 of the Complaint, Defendant states to the extent the allegations attempt to interpret, construe or characterize the provisions of the documents, Defendant denies each allegation on the grounds the documents speak for themselves. Except as expressly admitted, Defendant denies each and every remaining allegation therein.

14. Answering Paragraph 14 of the Complaint, Defendant states to the extent the allegations attempt to interpret, construe or characterize the provisions of the documents, Defendant denies each allegation on the grounds the documents speak for themselves.

15. Answering Paragraph 15 of the Complaint, Defendant states to the extent the allegations attempt to interpret, construe or characterize the provisions of the documents, Defendant denies each allegation on the grounds the documents speak for themselves.

16. Answering Paragraph 16 of the Complaint, Defendant states to the extent the allegations attempt to interpret, construe or characterize the provisions of the documents, Defendant denies each allegation on the grounds the documents speak for themselves.

17. Answering Paragraph 17 of the Complaint, Defendant lacks sufficient knowledge or

information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

18. Answering Paragraph 18 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

19. Answering Paragraph 19 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

20. Answering Paragraph 20 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

21. Answering Paragraph 21 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

22. Answering Paragraph 22 of the Complaint, Defendant admits that on or about September 7, 2007, ComUnity announced termination of the Plan in a notice dated September 4, 2007. Except as expressly admitted, Defendant states to the extent the allegations attempt to interpret, construct or characterize the provisions of the notice, Defendant denies each allegation on the grounds that the document speaks for itself.

23. Answering Paragraph 23 of the Complaint, Defendant admits that ComUnity announced termination of the Plan in a notice dated September 4, 2007. Except as expressly admitted, Defendant states to the extent the allegations attempt to interpret, construct or characterize the provisions of the notice, Defendant denies each allegation on the grounds that the document

speaks for itself.

24. Answering Paragraph 24 of the Complaint, Defendant denies each and every allegation contained therein.

25. Answering Paragraph 25 of the Complaint, Defendant denies each and every allegation contained therein.

26. Answering Paragraph 26 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

27. Answering Paragraph 27 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

28. Answering Paragraph 28 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

29. Answering Paragraph 29 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

30. Answering Paragraph 30 of the Complaint, Defendant denies each and every allegation contained therein.

31. Answering Paragraph 31 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein. Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

32. Answering Paragraph 32 of the Complaint, Defendant lacks sufficient knowledge or

information to form a belief as to the truth of the allegations and averments contained herein.  Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

33. Answering Paragraph 33 of the Complaint, Defendant denies each and every allegation contained therein.

34. Defendant incorporates its answers to Paragraphs 1 through 33 of the Complaint as though set forth in full therein.

35. Answering Paragraph 35 of the Complaint, Defendant denies each and every allegation contained therein.

36. Answering Paragraph 36 of the Complaint, Defendant denies each and every allegation contained therein.

37. Defendant incorporates its answers to Paragraphs 1 through 36 of the Complaint as though set forth in full therein.

38. Answering Paragraph 38 of the Complaint, Defendant admits that a controversy exists between Plaintiffs and Defendant.  Except as expressly admitted, Defendant denies each and every remaining allegation.

39. Answering Paragraph 39 of the Complaint, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and averments contained herein.  Upon that basis, the Defendant denies all of the allegations and averments, both generally and specifically, all and in the singular, contained in said Paragraph.

**FIRST AFFIRMATIVE DEFENSE**

As and for a First Affirmative Defense, Defendant alleges that the Complaint does not state sufficient facts to state a claim for relief.

/ / /

/ / /

/ / /

/ / /

/ / /

**PRAYER FOR RELIEF**

WHEREFORE, the Defendant prays as follows:

1. That Plaintiffs take nothing by way of their Complaint;

2. That the Defendant be awarded its legal costs incurred in this action; and

3. For such other and further relief as the Court may deem just and proper.

Dated:  November 29, 2007                **MURRAY & MURRAY**
                                         A Professional Corporation


                                         By:  */s/ Robert A. Franklin*
                                              Robert A. Franklin
                                              Attorneys for Defendant ComUnity Lending,
                                              Incorporated