JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
DORIS A. KAELIN (162069)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone:  (650) 852-9000; (408) 907-9200
Facsimile:   (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: dkaelin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for Defendant ComUnity Lending, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, AND HUNG PERRY NGUYEN<br><br>PLAINTIFFS<br><br>vs.<br><br>COMUNITY LENDING, INCORPORATED, A CALIFORNIA CORPORATION, ETC.<br><br>DEFENDANT. | Case No. C07-05436 JW (HRL)<br><br>Date:   December 4, 2007<br>Time:  1:30 p.m.<br>Place:  United States District Court<br>          280 S. First Street<br>          San Jose, CA<br>Judge: Honorable James Ware |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                                             ) ss.
COUNTY OF SANTA CLARA  )

I am a citizen of the United States and employed in Santa Clara County.  I am over the age of eighteen years and not a party to the above-entitled action; my business address is 19400 Stevens Creek Boulevard, Suite 200, Cupertino, CA 95014-2548.

On November 29, 2007, at my place of business, I served a true and correct copy of the following document(s):

1. **DEFENDANT'S ANSWER TO COMPLAINT FOR BREACH OF CONTRACT; DECLARATORY AND INJUNCTIVE RELIEF.**

in the manner indicated below:

☒ By mail by enclosing said document(s) in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid, addressed as follows:

| | |
|---|---|
| Ronald S. Kravitz | Teri T. Pham |
| Liner Yankelevitz Sunshine & Regenstreif LLP | Liner Yankelevitz Sunshine & Regenstreif LLP |
| 199 Fremont Street, 20th Floor | 1100 Glendon Avenue, 14th Floor |
| San Francisco, CA 94105-2255 | Los Angeles, CA 90024-3503 |

☐ By facsimile transmission sending a true copy of the said document(s) to the person(s) indicated below to the following receiving station(s):

☐ By overnight delivery depositing the said document(s) in a sealed overnight delivery envelope, designated for overnight delivery, with all delivery charges prepaid, with an authorized representative addressed as follows:

☐ By hand delivery personally delivering or arranged to have personally delivered the said document(s) to the person(s) indicated below in a manner provided by law, by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, who was informed of the contents (as indicated):

☐ By e-mail transmission sending a true copy of the said document(s) to the person(s) indicated below:

   This Certificate was executed on November 29, 2007 at Cupertino, Santa Clara County, California. I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Priscilla Teague*
Priscilla Teague