Ronald S. Kravitz, Esq. (SBN: 129704)
   rkravitz@linerlaw.com
Matthew Borden, Esq. (SBN: 214323)
   mborden@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Teri T. Pham, Esq. (SBN: 193383)
   tpham@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiffs
MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN,
and HUNG PERRY NGUYEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mai Christina Pham, John Pham, Mai Nguyen, and Hung Perry Nguyen,<br><br>    Plaintiffs,<br><br>vs.<br><br>ComUnity Lending Inc., a California corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. C-07-05436 JW (HRL)<br><br>Honorable James Ware<br><br>**DECLARATION OF RONALD S. KRAVITZ IN SUPPORT OF REPLY IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT**<br><br>Date:     December 4, 2007<br>Time:     1:30 p.m.<br>Courtroom: 8, 4th Floor |

Case No. C-07-05436 JW (HRL)
KRAVITZ DECL. IN SUPPORT OF REPLY IN SUPPORT OF APPLICATION FOR WRIT OF ATTACHMENT
0036012/001/ 35059v01

I, Ronald S. Kravitz, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California. I am a partner in the law firm of Liner Yankelevitz Sunshine & Regenstreif LLP, counsel of record for Plaintiffs Mai Christina Pham, John Pham, Mai Nguyen, and Hung Perry Nguyen in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of the ComUnity Lending Incorporated Consolidated Balance Sheet, dated August 31, 2007, which I received from ComUnity. It shows that as of August 31, 2007, ComUnity's total assets of $106,652,783 exceeded its total liabilities of $89,345,183.

3. Attached as Exhibit 2 are true and correct redacted copies of checks and Distribution Reports produced by ComUnity. These documents show that the Transamerica honored the Distribution Requests submitted by Plaintiffs (which were attached to the moving Declarations of Plaintiffs Mai Christina Pham, John Pham, Mai Nguyen, and Hung Nguyen as Exhibits C, A, A, and A respectively) by distributing the requested funds directly to ComUnity between September 12, 2007 and September 17, 2007.

I swear under penalty of perjury under the laws of the United States that the foregoing is true.

Executed this 29th day of November in San Francisco, California.

        /s/Ronald S. Kravitz
        Ronald S. Kravitz