# EXHIBIT 1

Case 5:07-cv-05436-JW   Document 28-2   Filed 11/29/2007   Page 1 of 3

## ComUnity Lending Incorporated
## Consolidated Balance Sheet
### August 31, 2007

### ASSETS

| | |
|---|---:|
| **Current assets:** | |
| Cash | $ 1,781,104 |
| Restricted cash | 481,271 |
| Trading securities | 39,523 |
| Current portion of investments in loan purchases | 55,341 |
| Loan origination and other receivables | 11,377,673 |
| Loan origination commitments | 2,358,567 |
| Mortgage loan inventory | 74,764,098 |
| Prepaid expenses | 420,716 |
| Total current assets | 91,278,292 |
| | |
| Propery and equipment, less accumulated depreciation | 1,522,635 |
| | |
| **Other assets:** | |
| Investment in loan purchases, net of current portion | 5,575,966 |
| Real estate held for investment | 868,662 |
| Investment in affilliated entities | 2,344,349 |
| Investment for deferred compensation plan | 4,736,227 |
| Deposits | 88,521 |
| Deferred Tax Asset | 238,131 |
| Total other assets | 13,851,856 |
| Total assets | $ 106,652,783 |

### LIABILITIES AND STOCKHOLDERS' EQUITY

| | |
|---|---:|
| **Current liabilities** | |
| Warehouse lines of credit | $ 72,631,638 |
| Employee obligations | 2,836,218 |
| Accounts payable | 1,073,677 |
| Accrued liabilities | 7,803,650 |
| Total current liabilities | 84,345,183 |
| | |
| Deferred compensation plan payable | 4,736,227 |
| Deferred income | - |
| Total liabilities | 89,081,410 |
| | |
| **Stockholder's equity:** | |
| Common stock, 20,000,000 shares authorized, 2,100,000 shares issued and outstanding | 100,000 |
| Additional paid-in capital | 22,315 |
| Retain earnings | 17,449,058 |
| Total stockholder's equity | 17,571,373 |
| Total liabilities and stockholder's equity | $ 106,652,783 |

ComUnity Lending Incorporated
Consolidated Statement of Operations
For the eight months ended August 31, 2007

|  | Current Month | Year-To-Date |
|---|---:|---:|
| **Revenues:** | | |
| Loan origination fees and gains | $ 1,749,196 | $ 26,665,242 |
| Interest income | 447,081 | 14,749,392 |
| Total revenues | 2,196,277 | 41,414,633 |
| | | |
| **Operating expenses:** | | |
| Selling, general and administrative | 3,635,711 | 38,001,879 |
| Depreciation | 44,046 | 370,399 |
| Interest expense | 818,595 | 13,363,813 |
| Total operating expenses | 4,498,352 | 51,736,090 |
| | | |
| **Other expense:** | | |
| (Income) loss from investments in affiliated entities | 197,964 | 220,757 |
| Total other (income) expense | 197,964 | 220,757 |
| | | |
| Net income (loss) before tax | $ (2,500,039) | $ (10,542,214) |