# EXHIBIT 2

BATCH NO: C06940

CHECK NO: 1411106431
CHECK DATE: Sep 12, 200(

PAYEE: Com Unity Lending Inc.
TIN/SSN: XXX-XX-4698
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS REFERENCE NO: 20070911901931
CASE NO:
EFFECTIVE DATE: 09/11/07

| | |
|---|---|
| AMOUNT WITHDRAWN | $*******90,457.25 |
| FEDERAL TAX WITHHELD | $************0.00 |
| STATE TAX WITHHELD | $************0.00 |
| NET PAYMENT | $*******90,457.25 |

DETACH BEFORE CASHING CHECK

THE BACK OF THIS CHECK CONTAINS AN ARTIFICIAL WATERMARK - DO NOT ACCEPT WITHOUT NOTING WATERMARK HOLD AT AN ANGLE TO VIEW WATERMARK

**TRANSAMERICA**
RETIREMENT SERVICES
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499
Transamerica Securities Sales Corporation

CHECK NO: 1411106431  70-2322/719
AMOUNT: $*******90,457.2

DATE: Sep 12, 2007
PAY: NINETY   THOUSAND FOUR HUNDRED FIFTY-SEVEN AND 25/100 DOLLARS*********

TO THE
ORDER OF: Com Unity Lending Inc.

TRANS REFERENCE NO:
20070911901931

BANK ONE, NA           Not Valid Unless Cashed Within Six Months

AUTHORIZED SIGNATURE

⑈1411106431⑈ ⑆071923226⑆  94 05739⑈

# WITHDRAWAL CONFIRMATION

## Comunity Lending Inc. Non-Qualified Deferred Compensation Plan

Account/Affiliate #:
Withdrawal Issue Date: 09/11/2007
Transaction #: 200709119011931
Participant: HUNG PERRY NGUYEN

Payee/Institution:
Com Unity Lending Inc.
610 JARVIS DRIVE SUITE 200
MORGAN HILL, CA 95037

Contact:
Barbara A. Wong
Com Unity Lending Inc.
610 Jarvis Drive Suite 200
Morgan Hill, CA 95037

Type of Withdrawal: Terminated - Lump Sum
Date of Termination: 09/04/2007

*Securities offered through Diversified Investors Securities Corporation, Member NASD.*

### Net Distribution: $90,457.25

| Source and Fund | Amount Withdrawn | Units/Shares Sold | Unit/Share Value | Expenses | Net Amount Withdrawn |
|---|---|---|---|---|---|
| 401k Elective | | | | | |
| Columbia Intl Val | $44,796.57 | 1,815.096086 | 24.680000 | $0.00 | $44,796.57 |
| WF Advtg SmCap Val | $45,738.68 | 1,344.069403 | 34.030000 | $78.00 | $45,660.68 |
| | $90,535.25 | | | $78.00 | $90,457.25 |

### 2007 Tax Information

Taxable Income:
Ordinary Income: $90,457.25
Capital Gains: $0.00
Non-Taxable: $0.00
AfterTax Contribution: $0.00

Taxes Withheld  Federal: $0.00
State: $0.00

Net Payment: $90,457.25

*THIS CONFIRMATION REPRESENTS THE FUNDS APPLICABLE TO THIS TRANSACTION. This transaction has been processed according to your withdrawal request. If this confirmation does not reflect your intended withdrawal request, please notify a Transamerica Retirement Services Representative at 1-877-234-9293 within the next 30 days. This withdrawal confirmation reflects only the investment options affected by your request. Your next periodic statement will provide a complete summary of all the account activity during the period covered by the statement.



TRANSAMERICA
RETIREMENT SERVICES
4333 Edgewood Road NE
Cedar Rapids, IA 52499
800-234-9293
www.ta-retirement.com

BATCH NO.: C07059

CHECK NO: 1411109142
CHECK DATE: Sep 17, 2007

PAYEE: Com Unity Lending Inc.
TIN/SSN: XXX-XX-4698
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS REFERENCE NO: 20070914902019
CASE NO:
EFFECTIVE DATE: 09/14/07

AMOUNT WITHDRAWN:       $*******123,906.43
FEDERAL TAX WITHHELD:   $************0.00
STATE TAX WITHHELD:     $************0.00
NET PAYMENT:            $*******123,906.43

--- DETACH BEFORE CASHING ---

**TRANSAMERICA RETIREMENT SERVICES**
Transamerica Securities Sales Corporation
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499

WWW.COMUNITYLENDING.COM • 800.866.9080

DATE: Sep 17, 2007
CHECK NO: 1411109142

PAY: ONE HUNDRED TWENTY-THREE THOUSAND NINE HUNDRED SIX AND 43/100 DOLLARS*
AMOUNT: $*******123,906.43

TO THE ORDER OF: Com Unity Lending Inc.
BANK ONE, NA

Not Valid Unless Cashed Within Six Months

TRANS REFERENCE NO:
20070914902019

AUTHORIZED SIGNATURE

⑈041110914⑈ ⑆071923226⑆ 94 05739⑈

Perry Nguyen
vcl 9/20/07

BATCH NO: C07059

CHECK NO: 141110942
CHECK DATE: Sep 17, 2007

PAYEE: Com Unity Lending Inc.
TIN/SSN: XXX-XX-4698
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS-REFERENCE NO: 200709149020019
CASE NO:
EFFECTIVE DATE: 09/14/07

AMOUNT WITHDRAWN         $*********123,906.43
FEDERAL TAX WITHHELD     $***************0.00
STATE TAX WITHHELD       $***************0.00
NET PAYMENT              $*********123,906.43

---

**TRANSAMERICA RETIREMENT SERVICES**
Transamerica Securities Sales Corporation
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499

CHECK NO: 141110942

DATE: Sep 17, 2007
PAY: ONE HUNDRED TWENTY-THREE THOUSAND NINE HUNDRED SIX AND 43/100 DOLLARS
AMOUNT: $*******123,906.43
TRANS REFERENCE NO: 200709149020019

TO THE ORDER OF: Com Unity Lending Inc.

BANK ONE-NA
Not Valid Unless Cashed Within Six Months

AUTHORIZED SIGNATURE

⑈141110942⑈ ⑆071923222⑆ 94 05739⑈



# WITHDRAWAL CONFIRMATION

## Community Lending Inc. Non-Qualified Deferred Compensation Plan

Account/Affiliate #:
Withdrawal Issue Date: 09/14/2007
Transaction #: 200709144902019
Participant: HUNG PERRY NGUYEN

Payee/Institution:
Com Unity Lending Inc.
610 JARVIS DRIVE SUITE 200
MORGAN HILL, CA 95037

Contact: Barbara A. Wong
Com Unity Lending Inc.
610 Jarvis Drive Suite 200
Morgan Hill, CA 95037

Type of Withdrawal: Terminated - Lump Sum
Date of Termination: 09/04/2007

*Securities offered through Diversified Investors Securities Corporation, Member NASD.*

| Source and Fund | Amount Withdrawn | Units/Shares Sold | Unit/Share Value |
|---|---|---|---|
| 2005 Def Comp | | | |
| Fidelity SmCap | $61,685.10 | 2,569.142143 | 24.010000 |
| WF Advtg SmCap Val | $62,221.33 | 1,824.137368 | 34.110000 |
| | $123,906.43 | | |

### 2007 Tax Information

| Taxable Income | | Net Amount Withdrawn |
|---|---|---|
| Ordinary Income: | $123,906.43 | $61,685.10 |
| Capital Gains: | $0.00 | $62,221.33 |
| Non-Taxable | | $123,906.43 |
| AfterTax Contribution: | $0.00 | |

Net Distribution: $123,906.43

Taxes Withheld Federal: $0.00
State: $0.00

Net Payment: $123,906.43

*THIS CONFIRMATION REPRESENTS THE FUNDS APPLICABLE TO THIS TRANSACTION. This transaction has been processed according to your withdrawal request. If this confirmation does not reflect your intended withdrawal request, please notify a Transamerica Retirement Services Representative at 1-877-234-9293 within the next 30 days. This withdrawal confirmation reflects only the investment options affected by your request. Your next periodic statement will provide a complete summary of all the account activity during the period covered by the statement.



TRANSAMERICA
RETIREMENT SERVICES
4333 Edgewood Road NE
Cedar Rapids, IA 52499
800-234-9293
www.ta-retirement.com

Page 1 of 1

BATCH NO: j940

PAYEE: Com Unity Lending Inc.
TIN/SSN: XXX-XX-4647
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS REFERENCE NO: 200709119902033
CASE NO:
EFFECTIVE DATE: 09/11/07

AMOUNT WITHDRAWN          $*******237,163.75
FEDERAL TAX WITHHELD      $************0.00
STATE TAX WITHHELD        $************0.00
NET PAYMENT               $*******237,163.75

**TRANSAMERICA** RETIREMENT SERVICES
Transamerica Securities Sales Corporation
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499

DATE: Sep 12, 2007
PAY: TWO HUNDRED THIRTY-SEVEN THOUSAND ONE HUNDRED SIXTY-THREE AND 75/100********
DOLLARS**********************************************************

TO THE ORDER OF: Com Unity Lending Inc.

BANK ONE, NA

Not Valid Unless Cashed Within Six Months

CHECK NO: 1411106430
AMOUNT: $******237,163.75

TRANS REFERENCE NO:
200709119902033

AUTHORIZED SIGNATURE

CHECK NO: 1411106430
CHECK DATE: Sep 12, 2007

⑆1411106430⑆ ⑈071923226⑈ 94 05739⑈

# WITHDRAWAL CONFIRMATION

## Community Lending Inc. Non-Qualified Deferred Compensation Plan

| | |
|---|---|
| Account/Affiliate #: | |
| Withdrawal Issue Date: | 09/11/2007 |
| Transaction #: | 20070911902033 |
| Participant: | MAI NGUYEN |
| | |
| Payee/Institution: | Com Unity Lending Inc. |
| | 610 JARVIS DRIVE SUITE 200 |
| | MORGAN HILL, CA 95037 |
| | |
| Contact: | Barbara A. Wong |
| | Com Unity Lending Inc. |
| | 610 Jarvis Drive Suite 200 |
| | Morgan Hill, CA 95037 |
| Type of Withdrawal: | Terminated - Lump Sum |
| Date of Termination: | 09/04/2007 |

### Net Distribution:

| Source and Fund | Amount Withdrawn | Units/Shares Sold | Unit/Share Value | Expenses | Net Amount Withdrawn |
|---|---|---|---|---|---|
| 401k Elective Fidelity SmCap | $237,241.75 | 9,922.281582 | 23.910000 | $78.00 | $237,163.75 |
| | $237,241.75 | | | $78.00 | $237,163.75 |

### 2007 Tax Information

| | |
|---|---|
| Taxable Income: | $237,163.75 |
| Ordinary Income: | $237,163.75 |
| Capital Gains: | $0.00 |
| Non-Taxable | |
| AfterTax Contribution: | $0.00 |

### Taxes Withheld
| | |
|---|---|
| Federal: | $0.00 |
| State: | $0.00 |

### Net Payment: $237,163.75

*THIS CONFIRMATION REPRESENTS THE FUNDS APPLICABLE TO THIS TRANSACTION. This transaction has been processed according to your withdrawal request. If this confirmation does not reflect your intended withdrawal request, please notify a Transamerica Retirement Services Representative at 1-877-234-9293 within the next 30 days. This withdrawal confirmation reflects only the investment options affected by your request. Your next periodic statement will provide a complete summary of all the account activity during the period covered by the statement.

*Securities offered through Diversified Investors Securities Corporation, Member NASD.*





TRANSAMERICA
RETIREMENT SERVICES
4333 Edgewood Road NE
Cedar Rapids, IA 52499
800-234-9293
www.ta-retirement.com

BATCH NO: 059

PAYEE: Com Unity Lending Inc.
TIN/SSN: XXX-XX-4647
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS REFERENCE NO: 200709149O2015
CASE NO:
EFFECTIVE DATE: 09/14/07

AMOUNT WITHDRAWN      $********24,956.72
FEDERAL TAX WITHHELD  $***********0.00
STATE TAX WITHHELD    $***********0.00
NET PAYMENT           $********24,956.72

**TRANSAMERICA**
RETIREMENT SERVICES
Transamerica Securities Sales Corporation
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499

WWW.COMUNITYLENDING.COM • 800.866.9080

CHECK NO: 14-1110914 10-2322/719
AMOUNT: $*******24,956.72

DATE: Sep 17, 2007
PAY: TWENTY-FOUR THOUSAND NINE HUNDRED FIFTY-SIX AND 72/100 DOLLARS**********

TO THE
ORDER OF: Com Unity Lending Inc.

BANK ONE, NA

Not Valid Unless Cashed Within Six Months

TRANS REFERENCE NO:
200709149O2015

AUTHORIZED SIGNATURE

CHECK NO: 141110914
CHECK DATE: Sep 17, 2007

Rec'd 9/24/07
Mai Nguyen

⑈141110914⑈ ⑆071932226⑆ 94 0573⑈

BATCH NO: 059

PAYEE: Com Unity Lending Inc.
TIN/SSN: XXX-XX-4647
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS REFERENCE NO: 20070914902015
CASE NO:
EFFECTIVE DATE: 09/14/07

AMOUNT WITHDRAWN      $*******24,956.72
FEDERAL TAX WITHHELD  $************0.00
STATE TAX WITHHELD    $************0.00
NET PAYMENT           $*******24,956.72

**TRANSAMERICA** RETIREMENT SERVICES
Transamerica Securities Sales Corporation
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499

DATE: Sep 17, 2007
PAY: TWENTY-FOUR THOUSAND NINE HUNDRED FIFTY-SIX AND 72/100 DOLLARS**********

TO THE ORDER OF: Com Unity Lending Inc.

BANK ONE, NA

Not Valid Unless Cashed Within Six Months

CHECK NO: 141109141  70-2322/719
AMOUNT: $*******24,956.72
TRANS REFERENCE NO: 20070914902015

AUTHORIZED SIGNATURE

⑆141109141⑆ ⑉071923226⑉ 94 05739⑈

CHECK NO: 141109141
CHECK DATE: Sep 17, 2007



# WITHDRAWAL CONFIRMATION

**Community Lending Inc. Non-Qualified Deferred Compensation Plan**

| | |
|---|---|
| Account/Affiliate #: | Contact: Barbara A. Wong |
| | Com Unity Lending Inc. |
| | 610 Jarvis Drive Suite 200 |
| | Morgan Hill, CA 95037 |
| Withdrawal Issue Date: 09/14/2007 | Type of Withdrawal: Terminated - Lump Sum |
| Transaction #: 20070914902015 | Date of Termination: 09/04/2007 |
| Participant: MAI T NGUYEN | |
| Payee/Institution: Com Unity Lending Inc. | |
| 610 JARVIS DRIVE SUITE 200 | |
| MORGAN HILL, CA 95037 | |

*Securities offered through Diversified Investors Securities Corporation, Member NASD.*

| Source and Fund | Amount Withdrawn | Units/Shares Sold | Unit/Share Value | Expenses | Net Amount Withdrawn |
|---|---|---|---|---|---|
| 2005 Def Comp Fidelity SmCap | $24,984.72 | 1,040.596227 | 24.010000 | $28.00 | $24,956.72 |
| | $24,984.72 | | | $28.00 | $24,956.72 |

**Net Distribution:** $24,956.72

**Taxes Withheld**
Federal: $0.00
State: $0.00

**Net Payment:** $24,956.72

**2007 Tax Information**
Taxable Income: $24,956.72
Ordinary Income: $24,956.72
Capital Gains: $0.00
Non-Taxable
AfterTax Contribution: $0.00

*THIS CONFIRMATION REPRESENTS THE FUNDS APPLICABLE TO THIS TRANSACTION. This transaction has been processed according to your withdrawal request. If this confirmation does not reflect your intended withdrawal request, please notify a Transamerica Retirement Services Representative at 1-877-234-9293 within the next 30 days. This withdrawal confirmation reflects only the investment options affected by your request. Your next periodic statement will provide a complete summary of all the account activity during the period covered by the statement.



TRANSAMERICA
RETIREMENT SERVICES

4333 Edgewood Road NE
Cedar Rapids, IA 52499
800-234-9293
www.ta-retirement.com

Page 1 of 1

BATCH NO: C 972

CHECK NO: 14111107629
CHECK DATE: Sep 13, 2007

PAYEE: Com Unity Lending Inc.
TIN/SSN: XXX-XX-1205
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS REFERENCE NO: 20070912900235
CASE NO:
EFFECTIVE DATE: 09/11/07

AMOUNT WITHDRAWN       $****1,026,667.56
FEDERAL TAX WITHHELD   $***********0.00
STATE TAX WITHHELD     $***********0.00
NET PAYMENT            $****1,026,667.56

--- DETACH BEFORE CASHING CHECK ---

TRANSAMERICA
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499
Transamerica Securities Sales Corporation

DATE: Sep 13, 2007
PAY: ONE MILLION TWENTY-SIX THOUSAND SIX HUNDRED SIXTY-SEVEN AND 56/100********
DOLLARS***********************************************

CHECK NO: 14111107629
AMOUNT: $****1,026,667.56
TRANS REFERENCE No: 20070912900235

TO THE ORDER OF: Com Unity Lending Inc.

BANK ONE, NA

Not Valid Unless Cashed Within Six Months
AUTHORIZED SIGNATURE

⑈14111107629⑈ ⑆071923226⑆ 94 05739⑈



# WITHDRAWAL CONFIRMATION

**Comunity Lending Inc. Non-Qualified Deferred Compensation Plan**

| | |
|---|---|
| Account/Affiliate #: | |
| Withdrawal Issue Date: | 09/11/2007 |
| Transaction #: | 20070912900235 |
| Participant: | JOHN PHAM |
| Payee/Institution: | Com Unity Lending Inc.<br>610 JARVIS DRIVE SUITE 200<br>MORGAN HILL, CA 95037 |

| | |
|---|---|
| Contact: | Barbara A. Wong<br>Com Unity Lending Inc.<br>610 Jarvis Drive Suite 200<br>Morgan Hill, CA 95037 |
| Type of Withdrawal: | Terminated - Lump Sum |
| Date of Termination: | 09/04/2007 |

| Source and Fund | Amount Withdrawn | Units/Shares Sold | Unit/Share Value | Expenses | Net Amount Withdrawn |
|---|---|---|---|---|---|
| 401k Elective | | | | | |
| Columbia Intl Val | $76,410.13 | 3,096.034413 | 24.680000 | $0.00 | $76,410.13 |
| Oppnheimr Cap Apprc | $193,210.44 | 3,802.606532 | 50.810000 | $0.00 | $193,210.44 |
| Fidelity Mid Cap | $135,773.76 | 4,971.576632 | 27.310000 | $78.00 | $135,695.76 |
| Fidelity SmCap | $455,825.98 | 19,064.240053 | 23.910000 | $0.00 | $455,825.98 |
| WF Advrg SmCap Val | $97,644.22 | 2,869.356939 | 34.030000 | $0.00 | $97,644.22 |
| TA Prem Equity | $67,881.03 | 2,821.323035 | 24.060000 | $0.00 | $67,881.03 |
| | $1,026,745.56 | | | $78.00 | $1,026,667.56 |

| | |
|---|---|
| Net Distribution: | $1,026,667.56 |

**2007 Tax Information**

| | |
|---|---|
| Taxable Income: | $1,026,667.56 |
| Ordinary Income: | $1,026,667.56 |
| Capital Gains: | $0.00 |
| Non-Taxable | |
| AfterTax Contribution: | $0.00 |

| | | |
|---|---|---|
| Taxes Withheld | Federal: | $0.00 |
| | State: | $0.00 |
| Net Payment: | | $1,026,667.56 |

*Securities offered through Diversified Investors Securities Corporation, Member NASD.*



TRANSAMERICA RETIREMENT SERVICES
4333 Edgewood Road NE
Cedar Rapids, IA 52499
800-234-0293
www.ta-retirement.com

Page 1 of 1

BATCH NO: C07059                                                CHECK NO: 1411109140
CHECK DATE: Sep 17, 2007

PAYEE: Com Unity Lending Inc.
/SSN: XXX-XX-1205
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS REFERENCE NO: 20070914901993
CASE NO:
EFFECTIVE DATE: 09/14/07

AMOUNT WITHDRAWN     $******526,180.74
FEDERAL TAX WITHHELD   $************0.00
STATE TAX WITHHELD     $************0.00
NET PAYMENT            $******526,180.74

=== DETACH BEFORE CASHING CHECK ===

THE BACK OF THIS CHECK CONTAINS AN ARTIFICIAL WATERMARK - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD AT AN ANGLE TO VIEW WATERMARK

**TRANSAMERICA** RETIREMENT SERVICES
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499
Transamerica Securities Sales Corporation

CHECK NO: 1411109140   70-2322/719
AMOUNT: $******526,180.74

DATE: Sep 17, 2007
PAY: FIVE HUNDRED TWENTY-SIX THOUSAND ONE HUNDRED EIGHTY AND 74/100 DOLLARS

TRANS REFERENCE NO: 20070914901993

TO THE
ORDER OF: Com Unity Lending Inc.

BANK ONE, NA           Not Valid Unless Cashed Within Six Months

*Peter H. Kunkel*
AUTHORIZED SIGNATURE

⑈1411109140⑈ ⑆071923226⑆ 94 05739⑈

Rec'd 9/18/07
John Pham

WWW.COMUNITYLENDING.COM • 800.866.9080

BATCH NO: C07059                                                    CHECK NO: 1411109140
                                                                    CHECK DATE: Sep 17, 2007

PAYEE: Com Unity Lending Inc.
 /SSN: XXX-XX-1205
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS REFERENCE NO: 20070914901993
CASE NO:
EFFECTIVE DATE: 09/14/07


AMOUNT WITHDRAWN        $******526,180.74
FEDERAL TAX WITHHELD    $************0.00
STATE TAX WITHHELD      $************0.00
NET PAYMENT             $******526,180.74

--- DETACH BEFORE CASHING CHECK ---

THE BACK OF THIS CHECK CONTAINS AN ARTIFICIAL WATERMARK - DO NOT ACCEPT WITHOUT NOTING WATERMARK-HOLD AT AN ANGLE TO VIEW WATERMARK

**TRANSAMERICA** RETIREMENT SERVICES
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499
Transamerica Securities Sales Corporation

CHECK NO: 1411109140  70-2322/719
AMOUNT: $******526,180.74

DATE: Sep 17, 2007
PAY: FIVE HUNDRED TWENTY-SIX THOUSAND ONE HUNDRED EIGHTY AND 74/100 DOLLARS

TO THE
ORDER OF: Com Unity Lending Inc.

TRANS REFERENCE NO:
20070914901993

BANK ONE, NA                    Not Valid Unless Cashed Within Six Months

*Peter G. Kunkel*
AUTHORIZED SIGNATURE

⑈1411109140⑈ ⑆071923226⑆  94 05739⑈



# Community Lending Inc. Non-Qualified Deferred Compensation Plan

# WITHDRAWAL CONFIRMATION

| | |
|---|---|
| Account/Affiliate #: | |
| Withdrawal Issue Date: | 09/14/2007 |
| Transaction #: | 20070914901993 |
| Participant: | JOHN PHAM |
| Payee/Institution: | Com Unity Lending Inc.<br>610 JARVIS DRIVE SUITE 200<br>MORGAN HILL, CA 95037 |
| Contact: | Barbara A. Wong<br>Com Unity Lending Inc.<br>610 Jarvis Drive Suite 200<br>Morgan Hill, CA 95037 |
| Type of Withdrawal: | Terminated - Lump Sum |
| Date of Termination: | 09/04/2007 |

*Securities offered through Diversified Investors Securities Corporation, Member NASD.*

| Source and Fund | Amount Withdrawn | Units/Shares Sold | Unit/Share Value | Net Amount Withdrawn |
|---|---|---|---|---|
| 2005 Def Comp | | | | |
| Columbia Ind Val | $143,231.27 | 5,824.777204 | 24.590000 | $143,231.27 |
| Fidelity Mid Cap | $54,204.94 | 1,981.899166 | 27.350000 | $54,204.94 |
| Fidelity SmCap | $129,695.65 | 5,401.734794 | 24.010000 | $129,695.65 |
| TA Prem Balanced | $15,571.54 | 573.537353 | 27.150000 | $15,571.54 |
| WF Advtg SmCap Val | $138,007.46 | 4,045.953123 | 34.110000 | $138,007.46 |
| TA Prem Growth | $16,607.47 | 610.793319 | 27.190000 | $16,607.47 |
| TA Prem Equity | $28,862.41 | 1,181.916672 | 24.420000 | $28,862.41 |
| | $526,180.74 | | | $526,180.74 |

| | |
|---|---|
| Net Distribution: | $526,180.74 |

**2007 Tax Information**

| | |
|---|---|
| Taxable Income: | $526,180.74 |
| Ordinary Income: | $526,180.74 |
| Capital Gains: | $0.00 |
| Non-Taxable | |
| AfterTax Contribution: | $0.00 |

| | |
|---|---|
| Taxes Withheld Federal: | $0.00 |
| State: | $0.00 |
| Net Payment: | $526,180.74 |



TRANSAMERICA RETIREMENT SERVICES
4333 Edgewood Road NE
Cedar Rapids, IA 52499
800-234-9293
www.ta-retirement.com

BATCH NO: 0972

PAYEE: Com Unity Lending Inc.
TIN/SSN: XXX-XX-5527
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS REFERENCE NO: 200709129002276
CASE NO:
EFFECTIVE DATE: 09/11/07

AMOUNT WITHDRAWN      $****1,164,927.96
FEDERAL TAX WITHHELD  $***********0.00
STATE TAX WITHHELD    $***********0.00
NET PAYMENT           $****1,164,927.96

TRANSAMERICA
RETIREMENT SERVICES
Transamerica Securities Sales Corporation
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499

DATE: Sep 13, 2007
PAY: ONE MILLION ONE HUNDRED SIXTY-FOUR THOUSAND NINE HUNDRED TWENTY-SEVEN AND 96/100 DOLLARS

TO THE ORDER OF: Com Unity Lending Inc.
BANK ONE, NA
Not Valid Unless Cashed Within Six Months

CHECK NO: 141107630
AMOUNT: $****1,164,927.96
TRANS REFERENCE NO: 200709129002276

AUTHORIZED SIGNATURE

CHECK NO: 141107630
CHECK DATE: Sep 13, 2007



# Community Lending Inc. Non-Qualified Deferred Compensation Plan

**WITHDRAWAL CONFIRMATION**

| | |
|---|---|
| Account/Affiliate #: | |
| Withdrawal Issue Date: | 09/11/2007 |
| Transaction #: | 20070912900276 |
| Participant: | MAI C PHAM |
| | |
| Payee/Institution: | Com Unity Lending Inc. |
| | 610 JARVIS DRIVE SUITE 200 |
| | MORGAN HILL, CA 95037 |
| | |
| Contact: | Barbara A. Wong |
| | Com Unity Lending Inc. |
| | 610 Jarvis Drive Suite 200 |
| | Morgan Hill, CA 95037 |
| Type of Withdrawal: | Terminated - Lump Sum |
| Date of Termination: | 09/04/2007 |

### Net Distribution: $1,164,927.96

| Source and Fund | Amount Withdrawn | Units/Shares Sold | Unit/Share Value | Expenses | Net Amount Withdrawn |
|---|---|---|---|---|---|
| 401k Elective | | | | | |
| Fidelity Mid Cap | $348,380.41 | 12,756.514371 | 27.310000 | $78.00 | $348,302.41 |
| Fidelity SmCap | $571,666.29 | 23,909.087824 | 23.910000 | $0.00 | $571,666.29 |
| TA Prem Growth | $244,959.26 | 9,086.026111 | 26.960000 | $0.00 | $244,959.26 |
| | $1,165,005.96 | | | $78.00 | $1,164,927.96 |

### 2007 Tax Information

| | |
|---|---|
| Taxable Income: | $1,164,927.96 |
| Ordinary Income: | $1,164,927.96 |
| Capital Gains: | $0.00 |
| Non-Taxable | |
| AfterTax Contribution: | $0.00 |

| | |
|---|---|
| Taxes Withheld Federal: | $0.00 |
| State: | $0.00 |
| Net Payment: | $1,164,927.96 |

*Securities offered through Diversified Investors Securities Corporation, Member NASD.*

*THIS CONFIRMATION REPRESENTS THE FUNDS APPLICABLE TO THIS TRANSACTION. This transaction has been processed according to your withdrawal request. If this confirmation does not reflect your intended withdrawal request, please notify a Transamerica Retirement Services Representative at 1-877-234-9293 within the next 30 days. This withdrawal confirmation reflects only the investment options affected by your request. Your next periodic statement will provide a complete summary of all the account activity during the period covered by the statement.



TRANSAMERICA
RETIREMENT SERVICES

4333 Edgewood Road NE
Cedar Rapids, IA 52499
800-234-9293
www.ta-retirement.com

BATCH NO:                                                                    CHECK NO: 1411109143
                                                                             CHECK DATE: Sep 17, 2007

PAYEE: Com Unity Lending Inc.
SSN: XXX-XX-5527
EXPLANATION OF PAYMENT: 3030 TERMINATION CLAIM
TRANS REFERENCE NO: 20070914902005
CASE NO:
EFFECTIVE DATE: 09/14/07

AMOUNT WITHDRAWN       $******640,702.86
FEDERAL TAX WITHHELD   $*************0.00
STATE TAX WITHHELD     $*************0.00
NET PAYMENT            $******640,702.86

DETACH BEFORE CASHING CHECK

THE BACK OF THIS CHECK CONTAINS AN ARTIFICIAL WATERMARK. DO NOT ACCEPT WITHOUT NOTING WATERMARK. HOLD AT AN ANGLE TO VIEW WATERMARK.

**TRANSAMERICA** RETIREMENT SERVICES
4333 Edgewood Rd. NE
Cedar Rapids, IA 52499
Transamerica Securities Sales Corporation

CHECK NO: 1411109143   70-2322/719
AMOUNT: $******640,702.86

DATE: Sep 17, 2007
PAY: SIX HUNDRED FORTY THOUSAND SEVEN HUNDRED TWO AND 86/100 DOLLARS******

TO THE ORDER OF: Com Unity Lending Inc.

TRANS REFERENCE NO:
20070914902005

BANK ONE, NA         Not Valid Unless Cashed Within Six Months

AUTHORIZED SIGNATURE

⑈1411109143⑈ ⑆071923226⑆ 94 05739⑈

# WITHDRAWAL CONFIRMATION

## Comunity Lending Inc. Non-Qualified Deferred Compensation Plan

| | |
|---|---|
| Account/Affiliate #: | |
| Withdrawal Issue Date: 09/14/2007 | Contact: Barbara A. Wong |
| Transaction #: 20070914902005 | Con Unity Lending Inc. |
| Participant: MAI C PHAM | 610 Jarvis Drive Suite 200 |
| | Morgan Hill, CA 95037 |
| Payee/Institution: Con Unity Lending Inc. | Type of Withdrawal: Terminated - Lump Sum |
| 610 JARVIS DRIVE SUITE 200 | Date of Termination: 09/04/2007 |
| MORGAN HILL, CA 95037 | |

*Securities offered through Diversified Investors Securities Corporation, Member NASD.*

| Source and Fund | Amount Withdrawn | Units/Shares Sold | Unit/Share Value | Net Amount Withdrawn |
|---|---|---|---|---|
| 2005 Def Comp | | | | |
| Columbia Intl Val | $44,736.18 | 1,819.283413 | 24.590000 | $44,736.18 |
| Fidelity Mid Cap | $54,221.63 | 1,982.509418 | 27.350000 | $54,221.63 |
| Oppnheimar Global | $12,881.20 | 165.249465 | 77.950000 | $12,881.20 |
| Fidelity SmCap | $474,419.46 | 19,759.244437 | 24.010000 | $474,419.46 |
| WF Advtg SmCap Val | $54,444.39 | 1,596.141683 | 34.110000 | $54,444.39 |
| | $640,702.86 | | | $640,702.86 |

### 2007 Tax Information

| | |
|---|---|
| Taxable Income: | $640,702.86 |
| Ordinary Income: | $640,702.86 |
| Capital Gains: | $0.00 |
| Non-Taxable | |
| AfterTax Contribution: | $0.00 |

| | |
|---|---|
| Net Distribution: | $640,702.86 |
| Taxes Withheld Federal: | $0.00 |
| State: | $0.00 |
| Net Payment: | $640,702.86 |

*THIS CONFIRMATION REPRESENTS THE FUNDS APPLICABLE TO THIS TRANSACTION. This transaction has been processed according to your withdrawal request. If this confirmation does not reflect your intended withdrawal request, please notify a Transamerica Retirement Services Representative at 1-877-234-9293 within the next 30 days. This withdrawal confirmation reflects only the investment options affected by your request. Your next periodic statement will provide a complete summary of all the account activity during the period covered by the statement.



TRANSAMERICA
RETIREMENT SERVICES

4333 Edgewood Road NE
Cedar Rapids, IA 52499
800-234-9293
www.ta-retirement.com



Page 1 of 1