UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 12/4/2007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** C 07-05436 JW | **Interpreter:** N/A |

## TITLE

**Mai Pham et al v. ComUnity Lending Inc.**

**Attorney(s) for Plaintiff(s):** Ronald Kravitz
**Attorney(s) for Defendant(s):** Robert Franklin

## PROCEEDINGS

OSC re Writ of Attachment

## ORDER AFTER HEARING

Hearing Held. The temporary order previously issued by the Court is to remain in effect pending further order of the Court.
The Court is to receive a revised proposed order by 12/07/2007 re Writ of Attached as instructed on the record.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: