**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Mai Christina Pham, et al.,                    NO. C 07-05436 JW

        Plaintiffs,                    **WRIT OF ATTACHMENT**

    v.

ComUnity Lending Inc.,

        Defendant.
_____/

       Pursuant to the Court's December 6, 2007 Order Granting Plaintiffs' Application for a Writ of Attachment, the Court orders as follows:

       To any U.S. Marshall:

       This writ is to attach property of

           ComUnity Lending, Inc.
           610 Jarvis Drive
           Morgan Hill, CA 95037

       and the attachment is to secure $3,835,119.

       You are directed to attach the following property:

           A deposit account that shall be identified by Defendant ComUnity, Inc. or Defendant's President, Richard Couch, upon levy of this writ. Defendant and Mr. Couch have been ordered to disclose the financial institution at which the account is held and the account number of the account to you.

Dated:  December 6, 2007                    **Richard W. Wieking, Clerk**

                             By: *Elizabeth C. Garcia*
                             **Elizabeth Garcia**
                             **Courtroom Deputy**

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert Anthony Franklin rfranklin@murraylaw.com
Ronald Scott Kravitz Rkravitz@LinerLaw.com
Teri Thuy Ngoc Pham tpham@linerlaw.com

**Dated:  December 6, 2007**                    **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California