JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
DORIS A. KAELIN (162069)
JENNY L. FOUNTAIN (226241)
CHRISTIAN D. JINKERSON (232143)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone:  (650) 852-9000; (408) 907-9200
Facsimile:   (650) 852-9244
Email:  jwmurray@murraylaw.com
Email:  rfranklin@murraylaw.com
Email:  dkaelin@murraylaw.com
Email:  jlfountain@murraylaw.com
Email:  cjinkerson@murraylaw.com

Attorneys for Defendant
ComUnity Lending, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, AND HUNG PERRY NGUYEN<br><br>PLAINTIFFS<br><br>vs.<br><br>COMUNITY LENDING, INCORPORATED, A CALIFORNIA CORPORATION, ETC.<br><br>DEFENDANT. | Case No. C07-05436 JW (HRL) |

## NOTICE OF AUTOMATIC STAY

**PLEASE TAKE NOTICE** that ComUnity Lending, Incorporated has filed for relief on January 4, 2007 in the United States Bankruptcy Court, Northern District of California, San Jose Division under Chapter 11 of the Bankruptcy Code title 11, United States Code §362(a).  The Bankruptcy Court Case No. is 08-50030-MM, a copy of the **NOTICE OF BANKRUPTCY CASE FILING** is attached hereto as **Exhibit "A"**.

The filing of the Voluntary Petition operates as an automatic stay, applicable to all entities of:

"(1)    the commencement or continuation, including the issuance or employment of process,

1 of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor."

Dated:  January 7, 2008               **MURRAY & MURRAY**
                                      A Professional Corporation


                                      By:  */s/ Robert A. Franklin*
                                           Robert A. Franklin
                                           Attorneys for Defendant