1  JOHN WALSHE MURRAY (074823)
   ROBERT A. FRANKLIN (091653)
2  DORIS A. KAELIN (162069)
   JENNY L. FOUNTAIN (226241)
3  CHRISTIAN D. JINKERSON (232143)
   MURRAY & MURRAY
4  A Professional Corporation
   19400 Stevens Creek Blvd., Suite 200
5  Cupertino, CA 95014-2548
   Telephone:  (650) 852-9000; (408) 907-9200
6  Facsimile:  (650) 852-9244
   Email:  jwmurray@murraylaw.com
7  Email:  rfranklin@murraylaw.com
   Email:  dkaelin@murraylaw.com
8  Email:  jlfountain@murraylaw.com
   Email:  cjinkerson@murraylaw.com
9
   Attorneys for Defendant
10 ComUnity Lending, Incorporated

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14 MAI CHRISTINA PHAM, JOHN PHAM, MAI          )    Case No. C07-05436 JW (HRL)
   NGUYEN, AND HUNG PERRY NGUYEN               )
15                                             )
                    PLAINTIFFS                 )
16                                             )
   VS.                                         )
17                                             )
   COMUNITY LENDING, INCORPORATED, A           )
18 CALIFORNIA CORPORATION, ETC.                )
                                               )
19                  DEFENDANT.                 )
                                               )
20                                             )

21              __EXHIBIT "A" TO__

22         __NOTICE OF AUTOMATIC STAY__

23

24

25

26

27

28

RAF:pt                                         1
K:\ComUnity Lending\Lit\Pham\Pld\AutomaticStayNtc Exh.doc

**United States Bankruptcy Court**
**Northern District of California**

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 01/04/2008 at 4:09 PM and filed on 01/04/2008.



**ComUnity Lending, Incorporated**
5671 Santa Teresa Blvd.
Suite 201
San Jose, CA 95123
Tax id: 94-2673933

The case was filed by the debtor's attorney:

**John Walshe Murray**
Law Offices of Murray and Murray
19400 Stevens Creek Blvd. #200
Cupertino, CA 95014-2548
(650) 852-9000

The case was assigned case number 08-50030.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Gloria L. Franklin**
**Clerk, U.S. Bankruptcy Court**