IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ComUnity Lending, Inc., | *E-FILED - 1/16/08* <br> CASE NO.: C-08-00201-RMW <br> **ORDER OF REFERRAL** |

The above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable James Ware for consideration of whether the case is related to _Mai Christina Pham, et al. V. ComUnity Lending, Inc. - Case No.: C-07-05436-JW._

IT IS SO ORDERED.

DATED: January 16, 2008

_____
RONALD M. WHYTE
U. S. District Judge

1  Copy of Order E-Filed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28