United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mai Christina Pham, et al., | No. C 07-05436 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGMENT CONFERENCE** |
| v. | |
| ComUnity Lending, Inc., | |
| Defendant. | |

Upon filing, this case was scheduled for a case management conference on February 25, 2008. On January 4, 2008, Defendant filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Northern District of California, San Jose Division. (See Docket Item No. 32.) Pursuant to 11 U.S.C. § 362, all proceedings in this case are automatically stayed. Accordingly, **the case management conference is vacated**. The parties shall notify the Court within ten (10) days of any proceeding in the bankruptcy action that would allow this case to go forward.

Dated: February 21, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert Anthony Franklin rfranklin@murraylaw.com
Ronald Scott Kravitz Rkravitz@LinerLaw.com
Teri Thuy Ngoc Pham tpham@linerlaw.com

**Dated: February 21, 2008**                                        **Richard W. Wieking, Clerk**

                                                                    **By:  /s/ JW Chambers
                                                                         Elizabeth Garcia
                                                                         Courtroom Deputy**

2