Barry Milgrom, CSBN 99961
Jeffrey L. Fillerup, CSBN 120543
Nhung Le, CSBN 209552
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II,
121 Spear Street, Suite 200
San Francisco, CA   94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
bmilgrom@luce.com
jfillerup@luce.com
nle@luce.com

Attorneys for JOHN W. RICHARDSON,
Chapter 7 Trustee for ComUnity Lending, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>COMUNITY LENDING, INCORPORATED,<br>a California corporation (plus dbas of the Debtor),<br><br>  Debtor.<br><br>MAI CHRISTINA PHAM, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>COMUNITY LENDING INCORPORATED,<br>a California corporation, and Does 1 through 10, inclusive<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 08-00201 JW<br>Case No. 07-05436 JW<br><br>The Honorable James Ware<br><br>[Bankr. Case No. 08-50030 CN<br>The Honorable Charles Novack<br>Chapter 7]<br><br>Adversary Proceeding No. 08-05006<br><br>**ORDER REVISING EXPERT DISCOVERY DEADLINES** |

301213068.1

1

ORDER REVISING EXPERT DISCOVERY DEADLINES

Based upon the JOINT STIPULATION TO REVISE EXPERT DISCOVERY DEADLINES filed by Plaintiffs Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, Joyce Freeman, Phyllis Christrich and Christopher Hake (collectively, "Plaintiffs"), Defendant and Counter-claimant John W. Richardson, Chapter 7 Trustee for ComUnity Lending, and Counter-defendants Janene Towner, Phyllis Heinricks, John Nelson, Katherine Buckmeyer, Jack Ferguson, and Jeanne Rupert, and for good cause appearing,

IT IS HEREBY ORDERED:

1. The expert disclosure deadline is extended to April 4, 2011.

B. The rebuttal expert disclosure deadline is extended to April 15, 2011.

Dated:  February 17, 2011

UNITED STATES DISTRICT JUDGE

*/s/ James Ware*

HON. JAMES WARE