IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mai Christina Pham, et al., | NO. C 08-00201 JW |
| Plaintiffs, | NO. C 07-05436 JW |
| v. | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| ComUnity Lending, Inc., | |
| Defendant. | |

This case is scheduled for a Preliminary Pretrial Conference on March 21, 2011. On March 2, 2011, the Court issued a Preliminary Pretrial Conference Scheduling Order. (See Case No. 08-0201, Docket Item No. 136.) In light of the Court's Order, a Conference is unnecessary at this time.

Accordingly, the Preliminary Pretrial Conference is VACATED. The parties shall comply with the schedule set forth in the Court's March 2 Order.

Dated: March 16, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Hong-Nhung Thi Le nle@luce.com
Jeffrey L. Fillerup jfillerup@luce.com
Jesse Landis Hill JLBHill@aol.com
John Walshe Murray jwmurray@murraylaw.com
Jonas Noah Hagey hagey@braunhagey.com
Matthew Brooks Borden borden@braunhagey.com
Robert Anthony Franklin rfranklin@murraylaw.com
Ronald Scott Kravitz Rkravitz@LinerLaw.com
Suzanne L. Decker suzannedecker@sbcglobal.net


**Dated: March 16, 2011**                               **Richard W. Wieking, Clerk**


                                                         **By:     /s/ JW Chambers**
                                                         **         Elizabeth Garcia**
                                                         **         Courtroom Deputy**