

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>COMUNITY LENDING, INCORPORATED, a California corporation (plus dbas of the Debtor),<br><br>    Debtor.<br><br>MAI CHRISTINA PHAM, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>COMUNITY LENDING INCORPORATED, a California corporation, and Does 1 through 10, inclusive<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 08-00201 JW<br>Case No. 07-05436 JW<br><br>The Honorable James Ware<br><br>[Bankr. Case No. 08-50030 CN<br>The Honorable Charles Novack<br>Chapter 7, Adversary Proceeding No. 08-05006]<br><br>**ORDER AUTHORIZING THE WITHDRAWAL OF FUNDS BY THE TRUSTEE FOR THE PAYMENT OF SETTLEMENTS** |

On August 15, 2011, counsel executed and filed a "STIPULATION TO RELEASE FUNDS FOR PAYMENT OF SETTLEMENTS" in which the parties consented to the Court's entry of an order allowing the Chapter 7 Bankruptcy Trustee John W. Richardson to withdraw the Top Hat funds on deposit in two bank accounts for the purpose of paying the settlements that have been reached in this case and in the related Top Hat cases. Based on the parties' stipulation, the

1  Bankruptcy Court's August 8, 2011 order approving the Top Hat settlements  (Doc # 480 in <u>In re</u>
2  <u>Com Unity Lending Incorporated</u>, Bankruptcy Case No. 08-50030), and for good cause appearing,
3      IT IS HEREBY ORDERED as follows:
4      This Court has previously issued orders attaching and precluding the withdrawal of the
5  funds on deposit in two bank accounts at Heritage Bank of Commerce, 300 Main Street,
6  Pleasanton, CA  94566-7325 ("Heritage Bank"), which accounts are:  (1)  Account No. 52300140,
7  which had a balance of $230,212.14 as of July 29, 2011, and  (2)   Account No. 523001295, which
8  had a balance of $5,035,944.49 as of July 29, 2011 (collectively the "Two Accounts").  The prior
9  Court orders relating to the Two Accounts are hereby set aside for the purpose of allowing the
10 Chapter 7 Bankruptcy Trustee of Com Unity Lending Incorporated, John W. Richardson,  to
11 withdraw all of the funds from the Two Accounts  for the purpose of paying the settlements
12 referred to above.  Heritage Bank is hereby authorized to allow the withdrawal of all of the funds
13 on deposit  in the Two Accounts to the Bankruptcy Trustee, without any further order from this
14 Court,  including the withdrawal of all interest that has accrued on the deposits in the Two
15 Accounts  up to and including the date  the funds are withdrawn.

17  DATED:  August 15, 2011                    _____
18                                             JAMES WARE
                                               United States District Court Judge

301272177.1

2     ORDER AUTHORIZING THE WITHDRAWAL OF FUNDS BY THE TRUSTEE FOR THE PAYMENT OF SETTLEMENTS