UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>COMUNITY LENDING, INCORPORATED, a California corporation (plus dbas of the Debtor),<br><br>    Debtor. | Case No. 08-00201 JW<br>Case No. 07-05436 JW<br><br>The Honorable James Ware<br><br>[Bankr. Case No. 08-50030 CN<br>The Honorable Charles Novack<br>Chapter 7, Adversary Proceeding No. 08-05006] |
| MAI CHRISTINA PHAM, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>COMUNITY LENDING INCORPORATED, a California corporation, and Does 1 through 10, inclusive<br><br>    Defendants. | **ORDER OF DISMISSAL BASED UPON STIPULATION AND SETTLEMENT** |
| AND RELATED CROSS-ACTIONS | |

    Based on the settlements among the parties, the Stipulation to Dismiss Top Hat Cases According to Settlements (filed concurrently herewith), the Bankruptcy Court's approval of the Top Hat Settlements on August 8, 2011, and for good cause appearing,

    IT IS HEREBY ORDERED as follows:

    1.    (a) All of the claims and causes of action in Case Nos. 08-00201JW and 07-

05436JW by the Nelson Group against the Trustee are dismissed with prejudice; (b) all of the claims and causes of action by the Trustee against the Nelson Group in Case Nos. 08-00201JW and 07-05436JW are dismissed with prejudice; and (c) the Trustee and the Nelson Group shall bear their own costs and attorney's fees.

2.  (a) All of the claims and causes of action in Case Nos. 08-00201JW and 07-05436JW by the Pham Parties against the Trustee are dismissed with prejudice, but subject to paragraphs 3(a) and 3(b) of the settlement agreement between the Pham Parties and the Trustee; (b) all claims and causes of action by the Trustee against the Pham Parties in Case Nos. 08-00201JW and 07-05436JW are dismissed with prejudice, but subject to paragraphs 3(a) and 3(b) of the settlement agreement between the Pham Parties and the Trustee;  and (c) the Trustee and the Pham Parties shall bear their own costs and attorney's fees except as specifically and expressly provided for in the settlement agreement between the Trustee and the Pham Parties.

3.  There are no remaining claims to be adjudicated in Case Nos. 08-00201JW and 07-05436JW.

For purposes of this Order, the term "Pham Parties" means Plaintiffs Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, Joyce Freeman, and Christopher Hake; the term "Nelson Group" means Counter-defendants John Nelson, Janene Towner, Phyllis Christich, Phyllis Heinricks, Katharine Buckmeyer, Jack Ferguson, and Jeannine Rupert; and the term "Trustee" means Defendant and Counter-claimant John W. Richardson, Chapter 7 Trustee for Com Unity Lending, Inc. and the estate of Com Unity Lending, Inc.

DATED: August 31, 2011

_____
JAMES WARE
United States District Court Judge

301274308.2